B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CLEAR CREEK RANCH II, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**35-2338270** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2480 PRECISION DRIVE**<br>**Minden, NV**<br>ZIP Code **89423** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Douglas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. BOX 489**<br>**Minden, NV**<br>ZIP Code **89423** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **199 OLD CLEAR CREEK HIGHWAY**<br>**Carson City, NV 89705** |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☒ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**          THIS SPACE IS FOR COURT USE ONLY

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                        Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **CLEAR CREEK RANCH II, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**CLEAR CREEK AT TAHOE, LLC** | Case Number: | Date Filed:<br>**7/18/11** |
| District:<br>**NEVADA** | Relationship:<br>**AFFILIATED ENTITY** | Judge:<br>**BRUCE T. BEESLEY** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>    Signature of Attorney for Debtor(s)          (Date) |

---

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                    _____
                    (Name of landlord that obtained judgment)

                    _____
                    (Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                    Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **CLEAR CREEK RANCH II, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ AMY N. TIRRE,**
Signature of Attorney for Debtor(s)

**AMY N. TIRRE, #6523**
Printed Name of Attorney for Debtor(s)

**Law Offices of Amy N. Tirre, APC**
Firm Name

**3715 Lakeside Drive, Suite A**
**Reno, NV 89509**

_____
Address

**Email: amy@amytirrelaw.com**
**(775) 828-0909  Fax: (775) 828-0914**
Telephone Number

**July 18, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ JAMES S. TAYLOR, TRUSTEE**
Signature of Authorized Individual

**JAMES S. TAYLOR, TRUSTEE**
Printed Name of Authorized Individual

**MANAGING MEMBER OF CLEAR CREEK AT TAHOE LLC, SOLE MBR DBTR**
Title of Authorized Individual

**July 18, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **CLEAR CREEK RANCH II, LLC**                Case No. _____

                                            Debtor(s)          Chapter      **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

        Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| CROP PRODUCTION SERVICES<br>855 E. GREGG STREET, #105<br>Sparks, NV 89432 | CROP PRODUCTION SERVICES<br>855 E. GREGG STREET, #105<br>Sparks, NV 89432 | | | 56,925.48 |
| FAIRWAY & GREENE<br>P.O. BOX 73<br>Brattleboro, VT 05302 | FAIRWAY & GREENE<br>P.O. BOX 73<br>Brattleboro, VT 05302 | | | 12,073.77 |
| GARDNER LAW FIRM<br>225 KINGSBURY GRADE<br>Stateline, NV 89449 | GARDNER LAW FIRM<br>225 KINGSBURY GRADE<br>Stateline, NV 89449 | | | 30,969.82 |
| GIESEN AND KENNY, PA<br>5364 EHRLICH ROAD, #223<br>Tampa, FL 33624 | GIESEN AND KENNY, PA<br>5364 EHRLICH ROAD, #223<br>Tampa, FL 33624 | | | 5,740.00 |
| GOODMAN & ASSOCIATES<br>1215 DE LA VINA STREET, SUITE L<br>Santa Barbara, CA 93101 | GOODMAN & ASSOCIATES<br>1215 DE LA VINA STREET, SUITE L<br>Santa Barbara, CA 93101 | | | 18,600.00 |
| HART-HOWERTON<br>ONE UNION STREET<br>San Francisco, CA 94111 | HART-HOWERTON<br>ONE UNION STREET<br>San Francisco, CA 94111 | | | 129,961.81 |
| HEAD HUNTER<br>861 MAHOGANY DRIVE<br>Minden, NV 89423 | HEAD HUNTER<br>861 MAHOGANY DRIVE<br>Minden, NV 89423 | | | 35,000.00 |
| INDEP<br>401 SOUTH STEWART STREET, SUITE 4001<br>Carson City, NV 89701 | INDEP<br>401 SOUTH STEWART STREET, SUITE 4001<br>Carson City, NV 89701 | | | 5,114.00 |
| LANDSCAPES UNLIMITED, LLC<br>1201 ARIES DRIVE<br>Lincoln, NE 68512 | LANDSCAPES UNLIMITED, LLC<br>1201 ARIES DRIVE<br>Lincoln, NE 68512 | | | 24,837.22 |
| LIRA'S SUPERMARKET<br>609 HWY 12<br>Rio Vista, CA 94571 | LIRA'S SUPERMARKET<br>609 HWY 12<br>Rio Vista, CA 94571 | | | 16,684.39 |
| MANHARD CONSULTING<br>900 WOODLANDS PARKWAY<br>Vernon Hills, IL 60061 | MANHARD CONSULTING<br>900 WOODLANDS PARKWAY<br>Vernon Hills, IL 60061 | | | 11,525.75 |

B4 (Official Form 4) (12/07) - Cont.

In re    **CLEAR CREEK RANCH II, LLC**                              Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| OTIS BAY, INC.<br>P.O. BOX 919<br>Verdi, NV 89439 | OTIS BAY, INC.<br>P.O. BOX 919<br>Verdi, NV 89439 | | | 5,575.00 |
| PETER MILLAR<br>220 JAMES JACKSON AVENUE<br>Cary, NC 27513 | PETER MILLAR<br>220 JAMES JACKSON AVENUE<br>Cary, NC 27513 | | | 9,447.80 |
| PING<br>2201 W. DESERT COVE AVE<br>Phoenix, AZ 85029 | PING<br>2201 W. DESERT COVE AVE<br>Phoenix, AZ 85029 | | | 6,359.55 |
| RUSSEL P. MITCHELL & ASSOCIATES<br>2760 CAMINO DIABLO<br>Walnut Creek, CA 94597 | RUSSEL P. MITCHELL & ASSOCIATES<br>2760 CAMINO DIABLO<br>Walnut Creek, CA 94597 | | | 5,567.13 |
| SA ENGINEERING<br>12003 SKI RUN ROAD<br>Truckee, CA 96160 | SA ENGINEERING<br>12003 SKI RUN ROAD<br>Truckee, CA 96160 | | | 8,107.50 |
| SADDINGTON & SHUSKO<br>18300 VON KARMAN AVENUE, SUITE 650<br>Irvine, CA 92612 | SADDINGTON & SHUSKO<br>18300 VON KARMAN AVENUE, SUITE 650<br>Irvine, CA 92612 | | | 16,145.16 |
| SERVING THE NATION<br>7130 E. BELMONT AVENUE<br>Paradise Valley, AZ 85253 | SERVING THE NATION<br>7130 E. BELMONT AVENUE<br>Paradise Valley, AZ 85253 | | | 20,000.00 |
| SIERRA RESTROOM SOLUTIONS<br>695 FERRARI-MCLEOD DRIVE<br>Reno, NV 89512 | SIERRA RESTROOM SOLUTIONS<br>695 FERRARI-MCLEOD DRIVE<br>Reno, NV 89512 | | | 6,570.00 |
| SPIKER COMMUNICATIONS<br>P.O. BOX 8567<br>Missoula, MT 59807 | SPIKER COMMUNICATIONS<br>P.O. BOX 8567<br>Missoula, MT 59807 | | | 287,168.24 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the MANAGING MEMBER OF CLEAR CREEK AT TAHOE LLC, SOLE MBR DBTR of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **July 18, 2011** _____    Signature   **/s/ JAMES S. TAYLOR, TRUSTEE** _____

**JAMES S. TAYLOR, TRUSTEE**
**MANAGING MEMBER OF CLEAR CREEK AT TAHOE LLC, SOLE MBR DBTR**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Nevada

In re   **CLEAR CREEK RANCH II, LLC**

Debtor(s)

Case No.

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **50,000.00** |
| Prior to the filing of this statement I have received | $ | **50,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e. [Other provisions as needed]
     **None.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **None.**
     **\* The $50,000 retainer received is for this case and Debtor's affiliate entity, Clear Creek at Tahoe, LLC.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **July 18, 2011**

**/s/ AMY N. TIRRE,**
**AMY N. TIRRE, #6523**
**Law Offices of Amy N. Tirre, APC**
**3715 Lakeside Drive, Suite A**
**Reno, NV 89509**
**(775) 828-0909  Fax: (775) 828-0914**
**amy@amytirrelaw.com**

---

# United States Bankruptcy Court
### District of Nevada

In re    **CLEAR CREEK RANCH II, LLC**       ,      Case No. _____

Debtor

Chapter            **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CLEAR CREEK AT TAHOE, LLC**<br>**P.O. BOX 489**<br>**Minden, NV 89423** | **SOLE** | **100%** | **MEMBER** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the MANAGING MEMBER OF CLEAR CREEK AT TAHOE LLC, SOLE MBR DBTR of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____**July 18, 2011**_____      Signature **/s/ JAMES S. TAYLOR, TRUSTEE**_____
                                            **JAMES S. TAYLOR, TRUSTEE**
                                            **MANAGING MEMBER OF CLEAR CREEK AT TAHOE LLC,**

     *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

# United States Bankruptcy Court
## District of Nevada

In re    **CLEAR CREEK RANCH II, LLC**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the MANAGING MEMBER OF CLEAR CREEK AT TAHOE LLC, SOLE MBR DBTR of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 18, 2011**

**/s/ JAMES S. TAYLOR, TRUSTEE**
**JAMES S. TAYLOR, TRUSTEE/MANAGING MEMBER OF CLEAR CREEK AT TAHOE LLC, SOLE MBR DBTR**
Signer/Title

CLEAR CREEK RANCH II, LLC
P.O. BOX 489
Minden, NV 89423

AMY N. TIRRE,
Law Offices of Amy N. Tirre, APC
3715 Lakeside Drive, Suite A
Reno, NV 89509

A. ERIN DWYER
4510 SAN GABRIEL DRIVE
AZ 85229

AENE R. GRUBER
64 SPIRE VIEW ROAD
Ridgefield, CT 06877

AHEAD, INC.
270 BARNET ROAD
New Bedford, MA 02745

ALAN F. HORN, TRUSTEE
THE A. AND C. HORN TRUST
c/o CP MANAGEMENT COMPANY
5000 N. PARKWAY CALABASAS, #204
Calabasas, CA 91302

AMERIGAS
P.O. BOX 7155
Pasadena, CA 91109

C&M AIR COLLED ENGINE, INC.
P.O. BOX 20517
Waco, TX 76702

CAPITAL CITY AUTO PARTS
1882 HWY 50 EAST
Carson City, NV 89701

CASTLE KEEP, LLC
P.O. BOX 2193
Minden, NV 89423

CCT FOUNDERS, LLC
P.O. BOX 489
Minden, NV 89423

CCT, LLC
P.O. BOX 489
Minden, NV 89423

CMC GOLF, INC.
15695 NORTH 83RD WAY
Scottsdale, AZ 85260

CROP PRODUCTION SERVICES
855 E. GREGG STREET, #105
Sparks, NV 89432

CRYSTAL ICE & OIL
1345 WEST FOURTH STREET
Reno, NV 89503

CURT BREITFUS
412 ESTELLA D'ORO
Monterey, CA 93940

DANIEL KUNST
171 SMITHRIDGE WAY
Minden, NV 89423

DAVID REESE
P.O. BOX 591
Glenbrook, NV 89413

DENNIS REILAND
20 CORPORATE PARK, SUITE 400
Irvine, CA 92606

DIGIPRINT
4865 LONGLEY LANE, UNIT C
Reno, NV 89502

DONALD HANLY
1749 BELLA CASA
Minden, NV 89423

DORSEY LYNCH
6130 NORTH 38TH STREET
Paradise Valley, AZ 85253

DOUGLAS COUNTY ASSESSOR
P.O. BOX 218
Minden, NV 89423

DOUGLAS COUNTY TAX COLLECTOR
P.O. BOX 3000
Minden, NV 89423

DOUGLAS COUNTY TREASURER
P.O. BOX 3000
Minden, NV 89423

DOUGLAS DISPOSAL
1653 LUCERNE STREET, SUITE A
Minden, NV 89423

DULTMEIER SALES
13808 INDUSTRIAL WAY
Omaha, NE 68137

EDWARD KASHIAN
6585 N. VANNESS BLVD.
Fresno, CA 93711

FAIRWAY & GREENE
P.O. BOX 73
Brattleboro, VT 05302

FIRST CAPITAL
P.O. BOX 643382
Cincinnati, OH 45264

FOOTJOY
P.O. BOX 88111
Chicago, IL 60695

GARDNER LAW FIRM
225 KINGSBURY GRADE
Stateline, NV 89449

GEOCON CONSULTANTS
6960 FLANDERS DRIVE
San Diego, CA 92121

GEORGE STILLWAGON
P.O. BOX 6242
Incline Village, NV 89450

GIESEN AND KENNY, PA
5364 EHRLICH ROAD, #223
Tampa, FL 33624

GOLF SOLUTIONS
4027 OWL CREEK DRIVE
Madison, WI 53718

GOLF VENTURES WEST
5101 GATEWAY BOULEVARD, SUITE 18
Lakeland, FL 33811

GOODMAN & ASSOCIATES
1215 DE LA VINA STREET, SUITE L
Santa Barbara, CA 93101

GREGORY M. PAUL, TRUSTEE
THE GREGORY M. PAUL TRUST
3260 HUTTON DRIVE
Beverly Hills, CA 90210

HARRAH'S CASINO
18 HIGHWAY 50
Stateline, NV 89449

HART-HOWERTON
ONE UNION STREET
San Francisco, CA 94111

HEAD HUNTER
861 MAHOGANY DRIVE
Minden, NV 89423

HOLLAND & HART, LLP
P.O. BOX 17283
Denver, CO 80217

HUGHES NETWORK SYSTEMS
P.O. BOX 96874
Chicago, IL 60693

HYDAULIC INDUSTRIAL SERVICES, INC.
5248 HWY 50 EAST
Carson City, NV 89701

ILLIAC GOLF
2215 FARADAY AVENUE, SUITE A
Carlsbad, CA 92008

IMPERIAL HEADWEAR, INC.
1086 PAYSPHERE CIRCLE
Chicago, IL 60674

INDEP
401 SOUTH STEWART STREET, SUITE 4001
Carson City, NV 89701

INTERNATIONAL UNIFORM
1216 BROAD STREET
Augusta, GA 30901

IRS
CENTRALIZED INSOLVENCY
P.O. BOX 21126
Philadelphia, PA 19114

JAMES S. TAYLOR, TRUSTEE
JAMES S AND DENISE G TAYLOR LIVING TRUST
4485 VIA ESPERANZA
Santa Barbara, CA 93110

JAMES TAYLOR
4485 VIA ESPERANZA
Santa Barbara, CA 93110

JAMES WHITEHEAD
5141 N. 40TH STREET, SUITE 100
Phoenix, AZ 85018

```
JOE SANDERS
P.O. BOX 5433
Incline Village, NV 89450

JOHN LIST
P.O. BOX 328
Glenbrook, NV 89413

JOHN SERPA, SR.
P.O. BOX 1724
Carson City, NV 89702

JONAS SOFTWARE USA, INC.
P.O. BOX 8500
Philadelphia, PA 19178

JOPHN SERPA, JR.
P.O. BOX 1724
Carson City, NV 89702

KEITH SERPA
P.O. BOX 1724
Carson City, NV 89702

KRISTINA HANLY
P.O. BOX 489
Minden, NV 89423

LAKESIDE PARK ASSOCIATION
4077 PINE BOULEVARD
South Lake Tahoe, CA 96150

LANDSCAPES UNLIMITED, LLC
1201 ARIES DRIVE
Lincoln, NE 68512

LEGACY LAND & WATER, LLC
1590 FOURTH STREET, SUITE 203
Minden, NV 89423

LEO HANLEY
P.O. BOX 489
Minden, NV 89423

LEO HANLY, TRUSTEE
THE LEO HANLY REVOCABLE TRUST
P.O. BOX 489
Minden, NV 89423

LIBERTY ENERGY
P.O. BOX 30052
Reno, NV 89520
```

LIRA'S SUPERMARKET
609 HWY 12
Rio Vista, CA 94571

MACKENZIE GOLF BAG COMPANY
11830 SW KERR PARKWAY, #130
Lake Oswego, OR 97035

MANHARD CONSULTING
900 WOODLANDS PARKWAY
Vernon Hills, IL 60061

MARTIN HUBBARD
2709 SETTLING SUN DRIVE
Corona Del Mar, CA 92625

MAUI JIM USA
6534 EAGLE WAY
Chicago, IL 60678

MILLER BROWN MARKETING
P.O. BOX 22502
Sacramento, CA 95822

MILTONA TURF PRODUCTS
11504 96TH AVE N
Osseo, MN 55369

NATIONAL VALUATION CONSULTANTS
BI-STATE PROPANE
2070 JAMES AVENUE, SUTE A
South Lake Tahoe, CA 96150

NEVADA BLUE, LTD.
P.O. BOX 19459
Reno, NV 89511

NEVADA DEPARTMENT OF TAXATION
P.O. BOX 52674
Phoenix, AZ 85072

NEVADA DEPARTMENT OF TAXATION
P.O. BOX 52609
Phoenix, AZ 85072

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
4600 KIETZKE LANE, L -235
Reno, NV 89502

NEVADA FRIENDS, LLC
C/O SCOTT J. HEATON, ESQ.
P.O. BOX 605
Carson City, NV 89702

NEVADA JOHNS
P.O. BOX 19355
Reno, NV 89511

NEVADA POWER PRODUCTS
1160 GLENDALE AVENUE
Sparks, NV 89431

NORTHERN NEVADA GOLF ASSOCIATION
P.O. BOX 5607
Reno, NV 89513

OLD SANDWICH GOLF CLUB
41 DOUBLEBROOK
Plymouth, MA 02360

OTIS BAY, INC.
P.O. BOX 919
Verdi, NV 89439

PAC MACHINE CO. INC.
8570 23RD AVENUE
Sacramento, CA 95826

PETER CASTLEMAN
917 TAHOE BOULEVARD, SUITE 200
Incline Village, NV 89451

PETER MILLAR
220 JAMES JACKSON AVENUE
Cary, NC 27513

PING
2201 W. DESERT COVE AVE
Phoenix, AZ 85029

PNC EQUIPMENT LEASE
995 DALTON AVENUE
Cincinnati, OH 45203

R&R PRODUCTS
334 EAST MILBER STREET
Tucson, AZ 85714

RICHARD STUART
P.O. BOX 488
Glenbrook, NV 89413

ROBERT CAMPO
1100 UPTON PARK BLVD, #293
Houston, TX 77056

ROBERT ELMERICK
3545 HIDDEN VALLEY ROAD
Templeton, CA 93465

ROBERT WATSON
1150 PINION HILLS DRIVE
Carson City, NV 89701

RUDY STAEDLER
983 HOOK COURT
Incline Village, NV 89451

RUSSEL P. MITCHELL & ASSOCIATES
2760 CAMINO DIABLO
Walnut Creek, CA 94597

SA ENGINEERING
12003 SKI RUN ROAD
Truckee, CA 96160

SADDINGTON & SHUSKO
18300 VON KARMAN AVENUE, SUITE 650
Irvine, CA 92612

SAFETY-KLEEN
5360 LEGACY DRIVE
BUILDING 2, SUITE 100
Plano, TX 75024

SANI-HUT CORP.
P.O. BOX 7455
Reno, NV 89510

SANTA YNEZ VALLEY CONSTRUCTION
P.O. BOX 489
Minden, NV 89423

SERVING THE NATION
7130 E. BELMONT AVENUE
Paradise Valley, AZ 85253

SIERRA CLOUDS
716 N CARSON STREET
Carson City, NV 89702

SIERRA ELECTRONICS
P.O. BOX 1545
Sparks, NV 89432

SIERRA ENVIRONMENTAL MONITORING, INC,
1135 FINANCIAL BLVD.
Reno, NV 89502

SIERRA RESTROOM SOLUTIONS
695 FERRARI-MCLEOD DRIVE
Reno, NV 89512

```
SOUTH TAHOE PUBLIC UTILITY DISTRICT
1275 MEADOW CREST DRIVE
South Lake Tahoe, CA 96150

SOUTH TAHOE REFUSE COMPANY
2140 RUTH AVENUE
South Lake Tahoe, CA 96150

SPIKER COMMUNICATIONS
P.O. BOX 8567
Missoula, MT 59807

ST ANDREWS PRODUCTS
500 MARINER DRIVE
Michigan City, IN 46360

STATE OF NEVADA DMV
ATTN: LEGAL DIVISION
555 WRIGHT WAY
Carson City, NV 89711

STERLING BALL
78230SAN TIMOTEO
La Quinta, CA 92253

STEVEN SCHILLER
2485 GARZONI DRIVE
Sparks, NV 89434

SUSAN HANLY
P.O. BOX 2620
Minden, NV 89423

SYNCON HOMES
P.O. BOX 489
Minden, NV 89423

TAHOE III, LLC
P.O. BOX 1724
Carson City, NV 89702

TAYLORMADE GOLF COMPANY, INC.
5545 FERRARI COURT
Carlsbad, CA 92008

TCF EQUIPMENT FINANCE
11100 WAYZATA BLVD., SUITE 801
Hopkins, MN 55305

TEXTRON FINANCIAL (DORFINCO)
11575 GREAT OAKS WAY
Alpharetta, GA 30022
```

THE A & C HORN TRUST
C/O CP MANAGEMENT COMPANY
5000 N PARKWAY CALABASAS #204
Calabasas, CA 91302

THE GOLFWORKS
4820 JACKSONTOWN ROAD
Newark, OH 43058

TICA DESIGN CORP
1095 BUSINESS LANE SUITE E
Naples, FL 34110

TITLEIST
P.O. BOX 965
Fairhaven, MA 02719

TOURNAMENT EXPERT
1129 AVONOAK PLACE
Glendale, CA 91206

US FOODSERVICE
P.O. BOX 60000
San Francisco, CA 94160

V&C CONSTRUCTION
P.O. BOX 1269
Minden, NV 89423

VINCENT M. COSCINO
ALLEN MATKINS LLP
1900 MAIN STREET, 5TH FLOOR
Irvine, CA 92614

WD 40 SOMETHING LLC
P.O. BOX 489
Minden, NV 89423

WES JENNISON
7950 JAMES ISLAND TRAIL
Jacksonville, FL 32256

WEST COAST SAND & GRAVEL
P.O. BOX 5067
Buena Park, CA 90622

WEST COAST SAND & GRAVEL, INC.
P.O. BOX 5067
Buena Park, CA 90622

WEST COAST TURF
P.O. BOX 4563
Palm Desert, CA 92261

WILLIAM SINGLETON
1517 MONACO DRIVE
Pacific Palisades, CA 90272

WILLIAM WELLMAN
2308 PROMETHEUS COURT
Henderson, NV 89074

WINTERS ELECTRIC
2280 LAKE TAHOE BLVD.
South Lake Tahoe, CA 96150

YRI CUSTOM DESIGN
3510 LAFAYETTE ROAD, SUITE 6
Portsmouth, NH 03801

ZERO RESTRICTION OUTERWEAR
P.O. BOX 71
Brattleboro, VT 05302

# United States Bankruptcy Court
## District of Nevada

In re    **CLEAR CREEK RANCH II, LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **CLEAR CREEK RANCH II, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**CLEAR CREEK AT TAHOE, LLC
P.O. BOX 489
Minden, NV 89423**

☐ None [*Check if applicable*]

July 18, 2011

Date

/s/ AMY N. TIRRE,

**AMY N. TIRRE, #6523**

Signature of Attorney or Litigant

Counsel for    **CLEAR CREEK RANCH II, LLC**

**Law Offices of Amy N. Tirre, APC**

**3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Fax:(775) 828-0914
amy@amytirrelaw.com**

Name, Address, Telephone No. & I.D. No.
**AMY N. TIRRE, #6523**
**3715 Lakeside Drive, Suite A**
**Reno, NV 89509**
**(775) 828-0909**
**#6523**

## UNITED STATES BANKRUPTCY COURT
District of Nevada

In Re
**CLEAR CREEK RANCH II, LLC**

Debtor(s)

BANKRUPTCY NO.
CHAPTER NO. **11**

## DECLARATION RE: ELECTRONIC FILING OF PETITION
### SCHEDULES, STATEMENTS AND PLAN (if applicable)

**PART I - DECLARATION OF PETITIONER**

I [We]    **JAMES S. TAYLOR, TRUSTEE**    and _____, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct.  I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court.  I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed.  I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐    If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13.  I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13.  I request relief in accordance with the chapter specified in this petition.

■    [If petitioner is a corporation or partnership]  I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.  The debtor requests relief in accordance with the chapter specified in this petition.

Dated:    **July 18, 2011**

Signed:    **/s/ JAMES S. TAYLOR, TRUSTEE**
**JAMES S. TAYLOR, TRUSTEE/MANAGING**
**MEMBER OF CLEAR CREEK AT TAHOE LLC,**
**SOLE MBR DBTR**
(Applicant)

**PART II - DECLARATION OF ATTORNEY**

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated:    **July 18, 2011**

Signed:    **/s/ AMY N. TIRRE,**
**AMY N. TIRRE, #6523**
Attorney for Debtor(s)