STEPHEN R. HARRIS, ESQ.
**Nevada Bar No. 001463**
HARRIS - PETRONI, LTD.
417 West Plumb Lane
Reno, Nevada 89509
Telephone: (775) 786-7600
Facsimile: (775) 786-7764
Email: steve@renolaw.biz
Attorney for Creditor: SIERRA CLOUDS, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

IN RE:

CLEAR CREEK RANCH II, LLC, a limited liability corporation,

    Debtor.
_____/

Case No.    BK-11-52302-BTB
Chapter 11

**NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE**

Hrg. DATE:    N/A
Hrg. Time:    N/A

TO: ALL INTERESTED PARTIES

    STEPHEN R. HARRIS, ESQ., of HARRIS - PETRONI, LTD., attorney for SIERRA CLOUDS, LLC., a creditor in the above-referenced bankruptcy estate, does hereby request notice of all pleadings, papers, hearings, meetings and other matters in connection with the above-captioned case.

    All such notices should be directed as follows:

        STEPHEN R. HARRIS, ESQ.
        HARRIS - PETRONI, LTD.
        417 West Plumb Lane
        Reno, NV 89509
        Facsimile: (775) 786-7764
        email: noticesbh&p@renolaw.biz

    Neither this request for notice, nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, or any another writing or conduct, shall constitute a waiver of the following rights:

    1.    Right to have any final orders in any non-core matters entered only after a de novo review
        by a United States District Judge;

///

LAW OFFICES OF
HARRIS-PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

1

2.  Right to trial by jury in any proceeding in which this right exists, whether the right be designated legal or private, whether the right is asserted in any related case, controversy or proceeding, notwithstanding the designation vel non of the proceeding as "core" under Section 157(b)(2)(H) of the United States Bankruptcy Code, and whether the right is asserted under statute or the United States Constitution;

3.  Right to have the United States District Court withdraw the reference of this matter in any proceeding subject to mandatory or discretionary withdrawal; or,

4.  Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements, at law or in equity, or under the United States Constitution.

SIERRA CLOUDS, LLC, expressly reserves all of the rights listed above.

Filing this request for notice or participating in this bankruptcy proceeding shall not be deemed to constitute a concession or admission of jurisdiction in this case or before this Court.

**RESPECTFULLY SUBMITTED** this 21st day of July, 2011.

STEPHEN R. HARRIS, ESQ.
HARRIS - PETRONI, LTD.
417 West Plumb Lane
Reno, Nevada  89509

/s/ *Stephen R. Harris, Esq.*
_____
Attorney for SIERRA CLOUDS, LLC.

LAW OFFICES OF
HARRIS-PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

2