B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **CLEAR CREEK RANCH II, LLC**                          Case No.    **11-52302**

                                            Debtor(s)                Chapter     **11**

# AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **A. ERIN DWYER**<br>**4510 SAN GABRIEL DRIVE**<br>**Dallas, TX 75229** | **A. ERIN DWYER**<br>**4510 SAN GABRIEL DRIVE**<br>**Dallas, TX 75229**<br>**(214) 366-0747** | **Golf Club Membership** | | **30,000.00** |
| **CCT FOUNDERS, LLC**<br>**P.O. BOX 489**<br>**Minden, NV 89423** | **James S. Taylor**<br>**CCT FOUNDERS, LLC**<br>**P.O. BOX 489**<br>**Minden, NV 89423**<br>**(805) 608-0400** | **Loan** | | **450,000.00** |
| **CROP PRODUCTION SERVICES**<br>**855 E. GREGG STREET, #105**<br>**Sparks, NV 89432** | **MATT MELARKY**<br>**CROP PRODUCTION SERVICES**<br>**855 E. GREGG STREET, #105**<br>**Sparks, NV 89432**<br>**(775) 303-4448** | **Fertilizers and chemicals for golf course** | | **56,925.48** |
| **DAVID REESE**<br>**P.O. BOX 591**<br>**Glenbrook, NV 89413** | **DAVID REESE**<br>**P.O. BOX 591**<br>**Glenbrook, NV 89413**<br>**(775) 749-5847** | **Loan** | | **450,000.00** |
| **DORSEY LYNCH**<br>**RAINBOW WARRIOR**<br>**6130 NORTH 38TH STREET**<br>**Paradise Valley, AZ 85253** | **DORSEY LYNCH**<br>**RAINBOW WARRIOR**<br>**6130 NORTH 38TH STREET**<br>**Paradise Valley, AZ 85253**<br>**(480) 488-7408** | **Loan** | | **450,000.00** |
| **EDWARD KASHIAN**<br>**6585 N. VANNESS BLVD.**<br>**Fresno, CA 93711** | **EDWARD KASHIAN**<br>**6585 N. VANNESS BLVD.**<br>**Fresno, CA 93711**<br>**(559) 439-6559** | **Loan** | | **275,000.00** |
| **GARDNER LAW FIRM**<br>**225 KINGSBURY GRADE**<br>**Stateline, NV 89449** | **RICK GARDNER**<br>**GARDNER LAW FIRM**<br>**225 KINGSBURY GRADE**<br>**Stateline, NV 89449**<br>**(702) 588-8628** | **Legal Fees** | | **30,969.82** |
| **HARRAH'S CASINO**<br>**18 HIGHWAY 50**<br>**Stateline, NV 89449** | **BRIAN CASUCELLI**<br>**HARRAH'S CASINO**<br>**18 HIGHWAY 50**<br>**Stateline, NV 89449**<br>**(775) 265-6353** | **2 Golf Club Memberships** | | **60,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **CLEAR CREEK RANCH II, LLC**              Case No.   **11-52302**

                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| HART-HOWERTON<br>ONE UNION STREET<br>San Francisco, CA 94111 | DAVE HOWERTON<br>HART-HOWERTON<br>ONE UNION STREET<br>San Francisco, CA 94111<br>(415) 439-2200 | Land Planning<br>Consulting | | 129,961.81 |
| HART-HOWERTON<br>ONE UNION STREET<br>San Francisco, CA 94111 | DAVE HOWERTON<br>HART-HOWERTON<br>ONE UNION STREET<br>San Francisco, CA 94111<br>(415) 4439-2200 | Loan | | 450,000.00 |
| JAMES WHITEHEAD<br>5141 N. 40TH STREET, SUITE 100<br>Phoenix, AZ 85018 | JAMES WHITEHEAD<br>5141 N. 40TH STREET, SUITE 100<br>Phoenix, AZ 85018<br>(602) 957-0383 | Loan | | 450,000.00 |
| PETER CASTLEMAN<br>917 TAHOE BOULEVARD, SUITE 200<br>Incline Village, NV 89451 | PETER CASTLEMAN<br>917 TAHOE BOULEVARD, SUITE 200<br>Incline Village, NV 89451<br>(775) 749-7083 | Golf Club<br>Membership | | 30,000.00 |
| PNC EQUIPMENT LEASE<br>995 DALTON AVENUE<br>Cincinnati, OH 45203 | TARA LOVE<br>PNC EQUIPMENT LEASE<br>995 DALTON AVENUE<br>Cincinnati, OH 45203<br>(513) 455-2387 | Golf Cart Lease | | 128,796.29 |
| RUDY STAEDLER<br>983 HOOK COURT<br>Incline Village, NV 89451 | RUDY STAEDLER<br>983 HOOK COURT<br>Incline Village, NV 89451<br>(775) 831-1973 | Golf Club<br>Membership | | 30,000.00 |
| SPIKER COMMUNICATIONS<br>P.O. BOX 8567<br>Missoula, MT 59807 | WES SPIKER<br>SPIKER COMMUNICATIONS<br>P.O. BOX 8567<br>Missoula, MT 59807<br>(406) 542-7644 | Marketing &<br>Design Services | | 287,168.24 |
| STEVEN SCHILLER<br>2485 GARZONI DRIVE<br>Sparks, NV 89434 | STEVEN SCHILLER<br>2485 GARZONI DRIVE<br>Sparks, NV 89434<br>(775) 331-7905 | Golf Club<br>Membership | | 30,000.00 |
| SYNCON HOMES<br>P.O. BOX 489<br>Minden, NV 89423 | ANDREW MITCHELL<br>SYNCON HOMES<br>P.O. BOX 489<br>Minden, NV 89423<br>(775) 782-9761 X 234 | Overhead, G&A<br>Expenses | | 788,102.06 |
| TEXTRON FINANCIAL<br>(DORFINCO)<br>11575 GREAT OAKS WAY<br>Alpharetta, GA 30022 | JOHN WIDENER<br>TEXTRON FINANCIAL (DORFINCO)<br>11575 GREAT OAKS WAY<br>Alpharetta, GA 30022<br>(316) 660-1246 | Deficiency claim<br>after foreclosure<br>on Golf Course | | 4,500,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **CLEAR CREEK RANCH II, LLC**
                          Debtor(s)

Case No.  **11-52302**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **WES JENNISON**<br>**7950 JAMES ISLAND TRAIL**<br>**Jacksonville, FL 32256** | **WES JENNISON**<br>**7950 JAMES ISLAND TRAIL**<br>**Jacksonville, FL 32256**<br>**(904) 641-7086** | **Golf Club Membership** | | **30,000.00** |
| **WILLIAM SINGLETON**<br>**1517 MONACO DRIVE**<br>**Pacific Palisades, CA 90272** | **WILLIAM SINGLETON**<br>**1517 MONACO DRIVE**<br>**Pacific Palisades, CA 90272**<br>**(310) 454-1955** | **Golf Club Membership** | | **30,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the MANAGING MEMBER OF CLEAR CREEK AT TAHOE LLC, SOLE MBR DBTR of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 1, 2011**

Signature  **/s/ JAMES S. TAYLOR, TRUSTEE**
**JAMES S. TAYLOR, TRUSTEE**
**MANAGING MEMBER OF CLEAR CREEK AT TAHOE LLC, SOLE MBR DBTR**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **CLEAR CREEK RANCH II, LLC**   ,   Case No. **11-52302**

Debtor

Chapter **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 18,000,000.00 | | |
| B - Personal Property | Yes | 5 | 1,306,593.88 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 17,498,668.02 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 286,921.26 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 39,377,604.35 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 39 | | | |
| Total Assets | | | 19,306,593.88 | | |
| Total Liabilities | | | | 57,163,193.63 | |

B6A (Official Form 6A) (12/07)

In re      **CLEAR CREEK RANCH II, LLC**                                                          ,      Case No.      **11-52302**
                                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **535 acres of undeveloped residential real property** | **Fee Simple** | **-** | **18,000,000.00** | **17,439,482.05** |

|  | Sub-Total > | **18,000,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **18,000,000.00** |  |

**0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **CLEAR CREEK RANCH II, LLC**                                                    Case No.    __11-52302__
_____,
                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Checks and cash not yet deposited 2480 Precision Drive Minden, NV 89423** | - | 3,337.67 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account in the name of ACMC Clear Creek, LLC Santa Barbara Bank & Trust 20 E. Carrillo Street Santa Barbara, CA 93101 Last four digits: 3876** | - | 103.39 |
| | | | **Checking Account- Clear Creek Ranch II, LLC Nevada State Bank 1656 HWY 395 Minden, NV 89423** | - | 1,223.30 |
| | | | **Checking Account- The Club at Clear Creek Tahoe, Inc. Nevada State Bank 1656 HWY 395 Minden, NV 89423** | - | 76.33 |

                                                                    Sub-Total >        **4,740.69**
                                                                  (Total of this page)

__4__    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **CLEAR CREEK RANCH II, LLC**
_____,    Case No. ___**11-52302**_____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Checking Account- The Club at Clear Creek Tahoe, Inc.** **Nevada State Bank** **1656 HWY 395** **Minden, NV 89423** | - | 108.84 |
| | | **\*Although legal title to the golf course land was held by the Club, the development and management of the golf course were all done by CCRII. As such, the creditors, employees and vendors, who worked on and at and provided services and products to the golf course all looked to CCRII for payment as a developer and operator of the golf course. Given the economic reality, CCT treated the golf course property as being owned by CCRII for tax purposes. As such, the remaining assets, if any, and the liabilities related to the development and operation of the golf course appear on the schedules and statement of affairs of CCRII. As a final note related to the golf course, the construction lender for the golf course, Textron, foreclosed its lien on the golf course land and the Club's personal property on July 13, 2011, just prior to the bankruptcy filings by CCT and CCRII.** | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Sales Tax Deposit** **NV Dept. of Taxation** **P.O. Box 52609** **Phoenix, AZ 85072** | - | 232.50 |
| | | **Golf Cart Lease Deposit** **PNC Equipment Finance** **P.O. Box 931034** **Cleveland, OH 44193** | - | 20,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >    **20,341.34**
(Total of this page)

Sheet ___**1**___ of ___**4**___ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re      **CLEAR CREEK RANCH II, LLC**                                      ,          Case No.      **11-52302**
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Guest Fees, Merchandise Sales, Green Fees from Operation of Golf Club | - | 2,500.00 |
| | | Membership Charges | - | 2,712.20 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >          **5,212.20**
(Total of this page)

Sheet  **2**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **CLEAR CREEK RANCH II, LLC**                                    ,        Case No.    **11-52302**
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Various causes of action against John Serpa, Sr., John Serpa, Jr., Keith Serpa, Nevada Friends, LLC, Sierra Clouds, LLC and Northern Nevada Title Company. Please see Adversary Proceeding No. 11-05075** | - | Unknown |
| | | **Claim against John Serpa Sr., John Serpa Jr., Keith Serpa and Nevada Friends for furnishings located at the Lakehouse, 803 Stateline Ave., South Lake Tahoe, CA 96150.** | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | | **1962 Chriscraft Boat Montana purchased for $30,000 on 5/13/2008** | - | Unknown |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Furniture and other furnishings located at Debtor's property and at 803 Stateline Ave., South Lake Tahoe, CA 96150; see attached list.** | - | 204,799.65 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Miscellaneous Equipment for Operation of Golf Course and Club House, Textron has foreclosed and has possession. See attached list.** | - | 0.00 |

Sub-Total >          204,799.65
(Total of this page)

Sheet  **3**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **CLEAR CREEK RANCH II, LLC**                                              ,     Case No.    **11-52302**
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | **Pro Shop Inventory- Textron has taken possession of inventory.** | - | **Unknown** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **354 unencumbered Transferable Development Rights banked with Douglas County, valued at $3,000 per TDR.** | - | **1,062,000.00** |
| | | **Yurt** **199 Old Clear Creek Highway** | - | **7,500.00** |
| | | **Guard Shack** **199 Old Clear Creek Highway** | - | **2,000.00** |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **1,071,500.00** |
| Total > | **1,306,593.88** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **CLEAR CREEK RANCH II, LLC**                                    Case No.    **11-52302**
_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | **Software for management of golf club** | | | | | |
| JONAS SOFTWARE USA, INC. P.O. BOX 8500 Philadelphia, PA 19178 | | - | | | | | | | | |
| | | | | | Value $                    0.00 | | | | 15,531.53 | 0.00 |
| Account No. | | | | | **July 2006** **Lien for work commenced prior to September 2006, may be in first position** | | | | | |
| MANHARD CONSULTING 900 WOODLANDS PARKWAY Vernon Hills, IL 60061 | | - | | | **Consulting Fees secured by Mechanics Lien against 535 acres of undeveloped residential real property** | X | | | | |
| | | | | | Value $          18,000,000.00 | | | | 473,066.75 | 0.00 |
| Account No. | | | | | **Deed of Trust against 535 acres of undeveloped residential real property Please see Adversary Proceeding No. 11-05075** | | | | | |
| SIERRA CLOUDS, LLC 716 N CARSON STREET Carson City, NV 89702 | | - | | | | | | X | | |
| | | | | | Value $          18,000,000.00 | | | | 16,966,415.30 | 0.00 |
| Account No. | | | | | **07/21/2008** **Capital Equipment Lease-See Schedule G** | | | | | |
| TEXTRON FINANCIAL Dept AT 40219 Atlanta, GA 31192 | X | - | | | | | | | | |
| | | | | | Value $                    0.00 | | | | 43,654.44 | 0.00 |
| **0**   continuation sheets attached | | | | | | Subtotal (Total of this page) | | | 17,498,668.02 | 0.00 |
| | | | | | | Total (Report on Summary of Schedules) | | | 17,498,668.02 | 0.00 |

B6E (Official Form 6E) (4/10)

In re    **CLEAR CREEK RANCH II, LLC**                  ,        Case No.    **11-52302**

                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

        **3**    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **CLEAR CREEK RANCH II, LLC**                                     ,    Case No.    **11-52302**
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 07/01/2011-07/13/2011 | | | | | |
| **COLIN CAMPBELL** P.O. BOX 489 Minden, NV 89423 | - | | **Wages earned** | | | | | 0.00 |
| | | | | | | | 8,966.00 | 8,966.00 |
| Account No. | | | 06/01/2011-07/13/2011 | | | | | |
| **JUSTIN WHITE** 2900 LA CRESTA CIRCLE Minden, NV 89423 | - | | **Wages earned** | | | | | 0.00 |
| | | | | | | | 8,677.30 | 8,677.30 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet    **1**    of    **3**    continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 17,643.30 | 17,643.30 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **CLEAR CREEK RANCH II, LLC**                                    ,    Case No.    **11-52302**
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | | |
| Account No. | | | | | October 1, 2010 | | | | | | |
| **DOUGLAS COUNTY TAX COLLECTOR** P.O. BOX 3000 Minden, NV 89423 | - | | | | **Personal Property Tax** | | | | | **2,122.51** | |
| | | | | | | | | | **2,122.51** | | **0.00** |
| Account No. | | | | | October 2009- March 2011 | | | | | | |
| **DOUGLAS COUNTY TREASURER** P.O. BOX 3000 Minden, NV 89423 | - | | | | **Delinquent Taxes** | | | | | **206,756.21** | |
| | | | | | | | | | **206,756.21** | | **0.00** |
| Account No. | | | | | 01/01/2011-07/13/2011 | | | | | | |
| **IRS** **CENTRALIZED INSOLVENCY** P.O. BOX 21126 Philadelphia, PA 19114 | - | | | | **FWT, FICA, MED, FUTA** | | | | | **0.00** | |
| | | | | | | | | | **55,207.90** | | **55,207.90** |
| Account No. | | | | | October 1, 2010- July 13, 2011 | | | | | | |
| **NEVADA DEPARTMENT OF TAXATION** P.O. BOX 52674 Phoenix, AZ 85072 | - | | | | **MODIFIED BUSINESS TAX** | | | | | **0.00** | |
| | | | | | | | | | **2,951.18** | | **2,951.18** |
| Account No. | | | | | October 1, 2010- July 13, 2011 | | | | | | |
| **NEVADA DEPARTMENT OF TAXATION** P.O. BOX 52609 Phoenix, AZ 85072 | - | | | | **SALES & USE TAX** | | | | | **0.00** | |
| | | | | | | | | | **644.16** | | **644.16** |

Sheet  **2**  of  **3**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | **208,878.72** |
| (Total of this page) | **267,681.96** | **58,803.24** |

B6E (Official Form 6E) (4/10) - Cont.

In re    **CLEAR CREEK RANCH II, LLC**                                                  ,    Case No.    **11-52302**
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | 01/01/2011-07/13/2011 | | | | | | |
| **STATE OF NEVADA EMPLOYMENT EMPLOYMENT SECURITY DIVISION 500 E 3RD STREET Carson City, NV 89713** | - | | | **State Unemployment Tax** | | | | | **0.00** | |
| | | | | | | | | **1,596.00** | **1,596.00** | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | **0.00** | |
|---|---|---|---|
| | (Total of this page) | **1,596.00** | **1,596.00** |
| | Total | **208,878.72** | |
| | (Report on Summary of Schedules) | **286,921.26** | **78,042.54** |

B6F (Official Form 6F) (12/07)

In re    **CLEAR CREEK RANCH II, LLC**                      ,      Case No.     **11-52302**
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **A. ERIN DWYER** <br> **4510 SAN GABRIEL DRIVE** <br> **Dallas, TX 75229** | - | | 07/06/2010 <br> **Golf Club Membership** | | | | **30,000.00** |
| Account No. <br><br> **AENE R. GRUBER** <br> **64 SPIRE VIEW ROAD** <br> **Ridgefield, CT 06877** | - | | 04/18/2011 <br> **Pro Shop Inventory Merchandise** | | | | **178.50** |
| Account No. <br><br> **AHEAD, INC.** <br> **270 BARNET ROAD** <br> **New Bedford, MA 02745** | - | | 07/17/2010 <br> **Pro Shop Inventory Merchandise** | | | | **95.40** |
| Account No. <br><br> **ALAN F. HORN** <br> **c/o CP MANAGEMENT COMPANY** <br> **5000 N. PARKWAY CALABASAS, #204** <br> **Calabasas, CA 91302** | - | | 01/25/2008 <br> **Loan** | | | | **450,000.00** |
|    <u>24</u>   continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | **480,273.90** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **CLEAR CREEK RANCH II, LLC**                                      ,    Case No.    **11-52302**
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. | | | 03/31/2010<br>Loan | | | | |
| ALAN F. HORN, TRUSTEE<br>THE A. AND C. HORN TRUST<br>C/O CP MANAGEMENT COMPANY<br>5000 N PARKWAY CALABASAS #204<br>Calabasas, CA 91302 | - | | | | | | 21,625,000.00 |
| Account No. | | | 07/15/2011<br>Assignment of invoices for legal services rendered by Allen Matkins LLP | | | | |
| ALAN F. HORN, TRUSTEE<br>THE A. AND C. HORN TRUST<br>c/o CP MANAGEMENT COMPANY<br>5000 N. PARKWAY CALABASAS, #204<br>Calabasas, CA 91302 | - | | | | | | 212,477.45 |
| Account No. | | | 06/02/2011<br>Propane for Clubhouse | | | | |
| AMERIGAS<br>P.O. BOX 7155<br>Pasadena, CA 91109 | | | | | | | 361.81 |
| Account No. | | | 10/06/2010-01/06/2011<br>Propane/heat for Lakehouse Property | | | | |
| BI-STATE PROPANE<br>2070 JAMES AVENUE, SUITE A<br>South Lake Tahoe, CA 96150 | - | | | | | | 1,355.19 |
| Account No. | | | 09/27/2011<br>Small parts for golf course maintenance equipment | | | | |
| C&M AIR COLLED ENGINE, INC.<br>P.O. BOX 20517<br>Waco, TX 76702 | - | | | | | | 1,428.79 |

Sheet no. __1__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,840,623.24

B6F (Official Form 6F) (12/07) - Cont.

In re    **CLEAR CREEK RANCH II, LLC**                                    ,    Case No.    **11-52302**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CAPITAL CITY AUTO PARTS**<br>**1882 HWY 50 EAST**<br>**Carson City, NV 89701** | - | | **07/27/2010**<br>**Small parts for golf course maintenance equipment** | | | | **487.80** |
| Account No.<br><br>**CASTLE KEEP, LLC**<br>**P.O. BOX 2193**<br>**Minden, NV 89423** | - | | **07/31/2010-12/31/2010**<br>**Cleaning of sales office trailer** | | | | **650.00** |
| Account No.<br><br>**CCT FOUNDERS, LLC**<br>**P.O. BOX 489**<br>**Minden, NV 89423** | - | | **11/01/2009-08/31/2010**<br>**Loan** | | | | **974,349.50** |
| Account No.<br><br>**CCT FOUNDERS, LLC**<br>**P.O. BOX 489**<br>**Minden, NV 89423** | - | | **08/06/2010-09/01/2010**<br>**Loan** | | | | **510,000.00** |
| Account No.<br><br>**CCT FOUNDERS, LLC**<br>**P.O. BOX 489**<br>**Minden, NV 89423** | - | | **08/06/2010**<br>**Loan** | | | | **450,000.00** |

Sheet no. __**2**__ of __**24**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,935,487.30**

B6F (Official Form 6F) (12/07) - Cont.

In re   **CLEAR CREEK RANCH II, LLC**         ,      Case No.   **11-52302**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**CMC GOLF, INC.**<br>**15695 NORTH 83RD WAY**<br>**Scottsdale, AZ 85260** | - | | 06/28/2010-03/4/2011<br>**Engraving for outing/tournament trophies/prizes** | | | | 53.77 |
| Account No. <br><br>**COLIN CAMPBELL**<br>**P.O. BOX 489**<br>**Minden, NV 89423** | - | | 02/18/2011-06/15/2011<br>**Reimbursable expenses for travel, meals, promo merchandise, cart expenses** | | | | 4,311.53 |
| Account No. <br><br>**CROP PRODUCTION SERVICES**<br>**855 E. GREGG STREET, #105**<br>**Sparks, NV 89432** | | | 07/16/2010-06/01/2011<br>**Fertilizers and chemicals for golf course** | | | | 56,925.48 |
| Account No. <br><br>**CRYSTAL ICE & OIL**<br>**1345 WEST FOURTH STREET**<br>**Reno, NV 89503** | - | | 07/31/2010-07/14/2011<br>**Ice storage and delivery for Club House** | | | | 2,402.94 |
| Account No. <br><br>**CURT BREITFUS**<br>**412 ESTELLA D'ORO**<br>**Monterey, CA 93940** | - | | 08/05/2009<br>**Golf Club Membership** | | | | 30,000.00 |

Sheet no. __3__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **93,693.72**

B6F (Official Form 6F) (12/07) - Cont.

In re **CLEAR CREEK RANCH II, LLC**                                                    , Case No. __11-52302__
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**DANIEL KUNST**<br>**171 SMITHRIDGE WAY**<br>**Minden, NV 89423** | - | | | | **06/01/2009**<br>**Golf Club Membership** | | | | **30,000.00** |
| Account No.<br><br>**DAVID REESE**<br>**P.O.  BOX 591**<br>**Glenbrook, NV 89413** | - | | | | **02/11/2008**<br>**Loan** | | | | **450,000.00** |
| Account No.<br><br>**DENNIS REILAND**<br>**20 CORPORATE PARK, SUITE 400**<br>**Irvine, CA 92606** | | | | | **09/30/2009**<br>**Golf Club Membership** | | | | **30,000.00** |
| Account No.<br><br>**DIGIPRINT**<br>**4865 LONGLEY LANE, UNIT C**<br>**Reno, NV 89502** | - | | | | **10/25/2010-11/03/2010**<br>**Printing of brochures, stationery, etc.** | | | | **2,126.01** |
| Account No.<br><br>**DONALD HANLY**<br>**P.O. BOX 489**<br>**Minden, NV 89423** | - | | | | **04/15/2008**<br>**Loan** | | | | **500,000.00** |

Sheet no. __4__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **1,012,126.01**

B6F (Official Form 6F) (12/07) - Cont.

In re    **CLEAR CREEK RANCH II, LLC**                                      ,    Case No.    **11-52302**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DORSEY LYNCH RAINBOW WARRIOR 6130 NORTH 38TH STREET Paradise Valley, AZ 85253** | - | | 02/12/2008<br>**Loan** | | | | 450,000.00 |
| Account No.<br><br>**DOUGLAS DISPOSAL 1653 LUCERNE STREET, SUITE A Minden, NV 89423** | - | | 09/01/2010-03/01/2011<br>**Trash Disposal Golf Course maintenance** | | | | 1,146.60 |
| Account No.<br><br>**DULTMEIER SALES 13808 INDUSTRIAL WAY Omaha, NE 68137** | | | 06/30/2011<br>**Parts for golf course maintenance equipment** | | | | 42.20 |
| Account No.<br><br>**EDWARD KASHIAN 6585 N. VANNESS BLVD. Fresno, CA 93711** | - | | 03/10/2008<br>**Loan** | | | | 275,000.00 |
| Account No.<br><br>**FAIRWAY & GREENE P.O. BOX 73 Brattleboro, VT 05302** | - | | 06/10/2010-09/30/2010<br>**Pro Shop Inventory merchandise** | | | | 12,073.77 |

| | | |
|---|---|---|
| Sheet no. **5** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 738,262.57 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **CLEAR CREEK RANCH II, LLC**                                    ,    Case No.    **11-52302**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 08/05/2010-08/09/2011 Pro Shop Inventory Merchandise | | | | |
| **FIRST CAPITAL** **P.O. BOX 643382** **Cincinnati, OH 45264** | - | | | | | | | | |
| | | | | | | | | | 1,320.80 |
| Account No. | | | | | 08/05/2010-08/11/2010 Pro Shop Inventory Merchandise | | | | |
| **FOOTJOY** **P.O. BOX 88111** **Chicago, IL 60695** | - | | | | | | | | |
| | | | | | | | | | 1,001.47 |
| Account No. | | | | | 11/06/2009-12/29/2010 Legal Fees | | | | |
| **GARDNER LAW FIRM** **225 KINGSBURY GRADE** **Stateline, NV 89449** | | | | | | | | | |
| | | | | | | | | | 30,969.82 |
| Account No. | | | | | 07/28/2010-01/05/2011 Effluent Water Testing | | | | |
| **GEOCON CONSULTANTS** **6960 FLANDERS DRIVE** **San Diego, CA 92121** | - | | | | | | | | |
| | | | | | | | | | 1,400.50 |
| Account No. | | | | | 09/08/2010 Golf Club Membership | | | | |
| **GEORGE STILLWAGON** **P.O. BOX 6242** **Incline Village, NV 89450** | - | | | | | | | | |
| | | | | | | | | | 10,000.00 |

Sheet no. __6__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

44,692.59

B6F (Official Form 6F) (12/07) - Cont.

In re    **CLEAR CREEK RANCH II, LLC**                                          ,    Case No.    **11-52302**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**GIESEN AND KENNY, PA**<br>**5364 EHRLICH ROAD, #223**<br>**Tampa, FL 33624** | - | | 10/02/2009-09/12/2010<br>**Legal Services** | | | | 5,740.00 |
| Account No.<br><br>**GOLF SOLUTIONS**<br>**4027 OWL CREEK DRIVE**<br>**Madison, WI 53718** | - | | 06/30/2010-08/09/2010<br>**Pro Shop Inventory Merchandise** | | | | 3,445.49 |
| Account No.<br><br>**GOLF VENTURES WEST**<br>**5101 GATEWAY BOULEVARD, SUITE 18**<br>**Lakeland, FL 33811** | - | | 06/25/2010-08/17/2010<br>**Repairs on golf course maintenance equipment** | | | | 794.15 |
| Account No.<br><br>**GOODMAN & ASSOCIATES**<br>**1215 DE LA VINA STREET, SUITE L**<br>**Santa Barbara, CA 93101** | - | | 08/05/2008<br>**Architect/Design Services** | | | | 18,600.00 |
| Account No.<br><br>**HARRAH'S CASINO**<br>**18 HIGHWAY 50**<br>**Stateline, NV 89449** | - | | 05/07/2010<br>**2 Golf Club Memberships** | | | | 60,000.00 |
| Sheet no.  **7**  of  **24**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal<br>(Total of this page) | | 88,579.64 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **CLEAR CREEK RANCH II, LLC**                          , Case No. ____**11-52302**____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**HART-HOWERTON**<br>**ONE UNION STREET**<br>**San Francisco, CA 94111** | - | | | **02/21/2008**<br>**Loan** | | | | **450,000.00** |
| Account No.<br><br>**HART-HOWERTON**<br>**ONE UNION STREET**<br>**San Francisco, CA 94111** | - | | | **08/11/2008-11/10/2008**<br>**Land Planning Consulting** | | | | **129,961.81** |
| Account No.<br><br>**HOLLAND & HART, LLP**<br>**P.O. BOX 17283**<br>**Denver, CO 80217** | - | | | **09/12/2008**<br>**Legal Fees** | | | | **3,309.62** |
| Account No.<br><br>**HUGHES NETWORK SYSTEMS**<br>**P.O. BOX 96874**<br>**Chicago, IL 60693** | - | | | **11/30/2010-05/31/2011**<br>**Internet for Pro Shop & Maintenance facilities** | | | | **2,653.20** |
| Account No.<br><br>**HYDAULIC INDUSTRIAL SERVICES, INC.**<br>**5248 HWY 50 EAST**<br>**Carson City, NV 89701** | - | | | **07/09/2010-09/09/2010**<br>**Repairs for maintenance equipment** | | | | **88.92** |

Sheet no. __**8**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**586,013.55**

B6F (Official Form 6F) (12/07) - Cont.

In re  **CLEAR CREEK RANCH II, LLC**                                          ,       Case No.  **11-52302**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**ILLIAC GOLF**<br>**2215 FARADAY AVENUE, SUITE A**<br>**Carlsbad, CA 92008** | - | | | **06/14/2010-08/13/2010**<br>**Prizes/gifts for golf tournament** | | | | 1,236.00 |
| Account No.<br><br>**IMPERIAL HEADWEAR, INC.**<br>**1086 PAYSPHERE CIRCLE**<br>**Chicago, IL 60674** | - | | | **06/19/2009-05/17/2010**<br>**Pro Shop Inventory Merchandise** | | | | 632.67 |
| Account No.<br><br>**INTERNATIONAL UNIFORM**<br>**1216 BROAD STREET**<br>**Augusta, GA 30901** | | | | **04/12/2011**<br>**Caddy Uniforms** | | | | 112.62 |
| Account No.<br><br>**JAMES TAYLOR**<br>**4485 VIA ESPERANZA**<br>**Santa Barbara, CA 93110** | - | | | **05/19/2008-07/12/2011**<br>**Loan** | | | | 2,174,981.72 |
| Account No.<br><br>**JAMES WHITEHEAD**<br>**5141 N. 40TH STREET, SUITE 100**<br>**Phoenix, AZ 85018** | - | | | **02/05/2008**<br>**Loan** | | | | 450,000.00 |

Sheet no. **9** of **24** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | **2,626,963.01** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **CLEAR CREEK RANCH II, LLC**      ,   Case No.   **11-52302**
<br>Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.<br><br>**JOE SANDERS**<br>**P.O. BOX 5433**<br>**Incline Village, NV 89450** | - | | | | **10/04/2010**<br>**Golf Club Membership** | | | | **10,000.00** |
| Account No.<br><br>**JOHN LIST**<br>**P.O. BOX 328**<br>**Glenbrook, NV 89413** | - | | | | **10/29/2010**<br>**Golf Club Membership** | | | | **10,000.00** |
| Account No.<br><br>**JOHN SERPA, SR.**<br>**P.O. BOX 1724**<br>**Carson City, NV 89702** | - | | | | **Loan (Insider)** | | | X | **1,752,000.00** |
| Account No.<br><br>**JUSTIN WHITE**<br>**2900 LA CREST CIRCLE**<br>**Minden, NV 89423** | - | | | | **01/01/2011-07/12/2011**<br>**Reimbursable expenses for fuel, small tools and repair** | | | | **2,395.52** |
| Account No.<br><br>**KRISTINA HANLY**<br>**P.O. BOX 489**<br>**Minden, NV 89423** | - | | | | **02/03/2011**<br>**Reimbursement for web advertising** | | | | **11.63** |

Sheet no. **10** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **1,774,407.15** |

B6F (Official Form 6F) (12/07) - Cont.

In re     **CLEAR CREEK RANCH II, LLC**                                        , Case No.      **11-52302**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **LAKESIDE PARK ASSOCIATION** <br> **4077 PINE BOULEVARD** <br> **South Lake Tahoe, CA 96150** | - | | 11/09/2010-01/04/2011 <br> **HOA Dues for Lakehouse property** | | | | 99.36 |
| Account No. <br><br> **LANDSCAPES UNLIMITED, LLC** <br> **1201 ARIES DRIVE** <br> **Lincoln, NE 68512** | - | | 07/24/09 <br> **SOD Storage and maintenance for golf course** | | | | 24,837.22 |
| Account No. <br><br> **LEGACY LAND & WATER, LLC** <br> **1590 FOURTH STREET, SUITE 203** <br> **Minden, NV 89423** | - | | 09/10/2010 <br> **Consulting for roads/access rights for developing property** | | | | 1,140.00 |
| Account No. <br><br> **LEO A. "CHIP" HANLY** <br> **P.O. BOX 489** <br> **Minden, NV 89423** | - | | 01/28/2008-07/12/2011 <br> **Loan** | | | | 1,329,396.00 |
| Account No. <br><br> **LIBERTY ENERGY** <br> **P.O. BOX 30052** <br> **Reno, NV 89520** | - | | 12/21/2010 <br> **Power for Lakehouse** | | | | 109.83 |

Sheet no. **11** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,355,582.41**

B6F (Official Form 6F) (12/07) - Cont.

In re    **CLEAR CREEK RANCH II, LLC**                                         ,    Case No.    **11-52302**
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**LIRA'S SUPERMARKET**<br>**609 HWY 12**<br>**Rio Vista, CA 94571** | - | | | 07/01/2010-10/01/2010<br>**Food Inventory for Food & Beverage (Dining Room)** | | | | **16,684.39** |
| Account No.<br><br>**MACKENZIE GOLF BAG COMPANY**<br>**11830 SW KERR PARKWAY, #130**<br>**Lake Oswego, OR 97035** | - | | | 08/15/2010<br>**Merchandise used for golf tournament prizes** | | | | **790.00** |
| Account No.<br><br>**MANHARD CONSULTING**<br>**900 WOODLANDS PARKWAY**<br>**Vernon Hills, IL 60061** | - | | | 09/06/2007-04/29/2011<br>**Golf course engineering** | | | | **11,525.75** |
| Account No.<br><br>**MARTIN HUBBARD**<br>**2709 SETTLING SUN DRIVE**<br>**Corona Del Mar, CA 92625** | - | | | 10/31/2009<br>**Golf Club Membership** | | | | **30,000.00** |
| Account No.<br><br>**MAUI JIM USA**<br>**6534 EAGLE WAY**<br>**Chicago, IL 60678** | - | | | 03/18/2010-05/14/2010<br>**Pro Shop Inventory Merchandise** | | | | **31.59** |

Sheet no. __12__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **59,031.73**

B6F (Official Form 6F) (12/07) - Cont.

In re    **CLEAR CREEK RANCH II, LLC**                          ,    Case No.    **11-52302**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 07/27/2010 Pro Shop Photographs | | | | |
| **MILLER BROWN MARKETING** P.O. BOX 22502 Sacramento, CA 95822 | - | | | | | | | 209.36 |
| Account No. | | | | 07/13/2010 Small tools and supplies for golf course maintenance | | | | |
| **MILTONA TURF PRODUCTS** 11504 96TH AVE N Osseo, MN 55369 | - | | | | | | | 1,143.70 |
| Account No. | | | | 04/30/2009 Consulting/reviewing IRS forms | | | | |
| **NATIONAL VALUATION CONSULTANTS, INC.** 7807 East Peakview Ave., Suite 200 Englewood, CO 80111 | | | | | | | | 1,730.19 |
| Account No. | | | | 02/22/2010 Copies/prints for boards at tournaments | | | | |
| **NEVADA BLUE, LTD.** P.O. BOX 19459 Reno, NV 89511 | - | | | | | | | 119.85 |
| Account No. | | | | 09/30/2010-04/09/2011 Temporary toilets at golf course/ maintenance | | | | |
| **NEVADA JOHNS** P.O. BOX 19355 Reno, NV 89511 | - | | | | | | | 390.03 |

Sheet no. __13__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,593.13**

B6F (Official Form 6F) (12/07) - Cont.

In re    **CLEAR CREEK RANCH II, LLC**                                    ,    Case No.    **11-52302**
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**NEVADA POWER PRODUCTS**<br>**1160 GLENDALE AVENUE**<br>**Sparks, NV 89431** | - | | **08/27/2010**<br>**Small tools/supplies golf course maintenance** | | | | 481.92 |
| Account No.<br><br>**NORTHERN NEVADA GOLF**<br>**ASSOCIATION**<br>**P.O. BOX 5607**<br>**Reno, NV 89513** | - | | **07/01/2011**<br>**Golf Handicap and Information Network Fees** | | | | 30.00 |
| Account No.<br><br>**NV Dept Environmental Protection**<br>**401 SOUTH STEWART STREET,**<br>**Suite 4001**<br>**Carson City, NV 89701** | - | | **05/05/2011-06/08/2011**<br>**Air, water and soil permits** | | | | 5,114.00 |
| Account No.<br><br>**OLD SANDWICH GOLF CLUB**<br>**41 DOUBLEBROOK**<br>**Plymouth, MA 02360** | - | | **06/30/2011**<br>**Travel/meals for marketing trip** | | | | 418.74 |
| Account No.<br><br>**OTIS BAY, INC.**<br>**P.O. BOX 919**<br>**Verdi, NV 89439** | - | | **11/05/2008**<br>**Plan modification for river property** | | | | 5,575.00 |

Sheet no. __14__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,619.66

B6F (Official Form 6F) (12/07) - Cont.

In re    **CLEAR CREEK RANCH II, LLC**                                    ,    Case No.    **11-52302**
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**PAC MACHINE CO. INC.**<br>**8570 23RD AVENUE**<br>**Sacramento, CA 95826** | | - | **11/1/2010-01/01/2011**<br>**Equipment rental for golf course water** | | | | 4,826.25 |
| Account No.<br><br>**PETER CASTLEMAN**<br>**917 TAHOE BOULEVARD, SUITE 200**<br>**Incline Village, NV 89451** | | - | **08/03/2010**<br>**Golf Club Membership** | | | | 30,000.00 |
| Account No.<br><br>**PETER MILLAR**<br>**220 JAMES JACKSON AVENUE**<br>**Cary, NC 27513** | | - | **07/08/2010-09/07/2010**<br>**Pro Shop Inventory Merchandise** | | | | 9,447.80 |
| Account No.<br><br>**PING**<br>**2201 W. DESERT COVE AVE**<br>**Phoenix, AZ 85029** | | - | **08/31/2010-10/31/2010**<br>**Pro Shop Inventory Merchandise** | | | | 6,359.55 |
| Account No.<br><br>**PNC EQUIPMENT LEASE**<br>**995 DALTON AVENUE**<br>**Cincinnati, OH 45203** | X | - | **Golf Cart Lease** | | | | 128,796.29 |

Sheet no. __15__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

179,429.89

B6F (Official Form 6F) (12/07) - Cont.

In re   **CLEAR CREEK RANCH II, LLC**                 ,     Case No.   **11-52302**

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**R&R PRODUCTS**<br>**334 EAST MILBER STREET**<br>**Tucson, AZ 85714** | - | | **07/13/2010-04/05/2011**<br>**Supplies/golf course maitenance** | | | | 1,762.23 |
| Account No.<br><br>**RICHARD STUART**<br>**P.O. BOX 488**<br>**Glenbrook, NV 89413** | - | | **11/01/2010**<br>**Golf Club Membership** | | | | 10,000.00 |
| Account No.<br><br>**ROBERT CAMPO**<br>**1100 UPTON PARK BLVD, #293**<br>**Houston, TX 77056** | - | | **07/13/2009**<br>**Golf Club Membership** | | | | 30,000.00 |
| Account No.<br><br>**ROBERT ELMERICK**<br>**3545 HIDDEN VALLEY ROAD**<br>**Templeton, CA 93465** | - | | **01/28/2008**<br>**Loan** | | | | 450,000.00 |
| Account No.<br><br>**ROBERT WATSON**<br>**1150 PINION HILLS DRIVE**<br>**Carson City, NV 89701** | - | | **07/13/2009**<br>**Golf Club Membership** | | | | 30,000.00 |

Sheet no. __16__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **521,762.23**

B6F (Official Form 6F) (12/07) - Cont.

In re    **CLEAR CREEK RANCH II, LLC**                                    ,    Case No.    **11-52302**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 07/28/2010 Golf Club Membership | | | | |
| **RUDY STAEDLER 983 HOOK COURT Incline Village, NV 89451** | - | | | | | | | | |
| | | | | | | | | | **30,000.00** |
| Account No. | | | | | 1/25/2010 Irrigation system programming | | | | |
| **RUSSEL P. MITCHELL & ASSOCIATES 2760 CAMINO DIABLO Walnut Creek, CA 94597** | - | | | | | | | | |
| | | | | | | | | | **5,567.13** |
| Account No. | | | | | 02/01/2009 Engineering golf course construction | | | | |
| **SA ENGINEERING 12003 SKI RUN ROAD Truckee, CA 96160** | - | | | | | | | | |
| | | | | | | | | | **8,107.50** |
| Account No. | | | | | 09/21/2009-05/26/2010 Accounting Fees | | | | |
| **SADDINGTON & SHUSKO 18300 VON KARMAN AVENUE, SUITE 650 Irvine, CA 92612** | - | | | | | | | | |
| | | | | | | | | | **16,145.16** |
| Account No. | | | | | 07/22/2010-05/30/2011 Disposal of used petroleum products/golf course maintenance | | | | |
| **SAFETY-KLEEN 5360 LEGACY DRIVE BUILDING 2, SUITE 100 Plano, TX 75024** | - | | | | | | | | |
| | | | | | | | | | **591.21** |

Sheet no. __17__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **60,411.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **CLEAR CREEK RANCH II, LLC**                                    , Case No. ___**11-52302**___
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | 08/08/2010-07/10/2011 Temporary power and water system to sales office | | | | |
| SANI-HUT CORP. P.O. BOX 7455 Reno, NV 89510 | - | | | | | | | | 5,063.59 |
| Account No. | | | | | 09/08/2010 Loan | | | | |
| SANTA YNEZ VALLEY CONSTRUCTION P.O. BOX 489 Minden, NV 89423 | - | | | | | | | | 10,800.00 |
| Account No. | | | | | 11/29/2010-05/19/2011 Legal Services | | | | |
| Santoro, Driggs, Walch, Kearney, Holley Thompson 400 South 4th Street, 3rd Floor Las Vegas, NV 89101 | | | | | | | | | 4,466.38 |
| Account No. | | | | | 09/14/2008 Consultant for Lakehouse renovation | | | | |
| SERVING THE NATION 7130 E. BELMONT AVENUE Paradise Valley, AZ 85253 | - | | | | | | | | 20,000.00 |
| Account No. | | | | | 09/09/2010 Headsets/radios for player services | | | | |
| SIERRA ELECTRONICS P.O. BOX 1545 Sparks, NV 89432 | - | | | | | | | | 192.78 |

Sheet no. __18__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | 40,522.75

B6F (Official Form 6F) (12/07) - Cont.

In re    **CLEAR CREEK RANCH II, LLC**                                    ,    Case No.    **11-52302**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>SIERRA ENVIRONMENTAL MONITORING, INC,<br>1135 FINANCIAL BLVD.<br>Reno, NV 89502 | - | | | 10/12/2010-12/22/2010<br>**Effluent water testing at golf course** | | | | 534.00 |
| Account No.<br><br>SIERRA RESTROOM SOLUTIONS<br>695 FERRARI-MCLEOD DRIVE<br>Reno, NV 89512 | - | | | 06/10/2010-09/30/2010<br>**Temporary toilets for golf course** | | | | 6,570.00 |
| Account No.<br><br>SOUTH TAHOE PUBLIC UTILITY DISTRICT<br>1275 MEADOW CREST DRIVE<br>South Lake Tahoe, CA 96150 | | | | 10/21/2010<br>**Utilities for Lakehouse property** | | | | 116.32 |
| Account No.<br><br>SOUTH TAHOE REFUSE COMPANY<br>2140 RUTH AVENUE<br>South Lake Tahoe, CA 96150 | - | | | 10/01/2010<br>**Trash removal for Lakehouse property** | | | | 71.19 |
| Account No.<br><br>SPIKER COMMUNICATIONS<br>P.O. BOX 8567<br>Missoula, MT 59807 | - | | | 05/22/2009-01/25/2011<br>**Marketing & Design Services** | | | | 287,168.24 |

Sheet no. __19__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

294,459.75

B6F (Official Form 6F) (12/07) - Cont.

In re    **CLEAR CREEK RANCH II, LLC**                          ,    Case No.    **11-52302**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **ST ANDREWS PRODUCTS** **500 MARINER DRIVE** **Michigan City, IN 46360** | - | | **09/03/2010** **Pro Shop Inventory Merchandise** | | | | 207.30 |
| Account No. **STERLING BALL** **78230SAN TIMOTEO** **La Quinta, CA 92253** | - | | **07/13/09** **Golf Club Membership** | | | | 30,000.00 |
| Account No. **STEVEN SCHILLER** **2485 GARZONI DRIVE** **Sparks, NV 89434** | - | | **06/01/2010** **Golf Club Membership** | | | | 30,000.00 |
| Account No. **SUSAN HANLY** **P.O. BOX 2620** **Minden, NV 89423** | - | | **10/28/2010-05/27/2011** **Reimbursement for Pro Shop dining room supplies and decor** | | | | 2,187.50 |
| Account No. **SYNCON HOMES** **P.O. BOX 489** **Minden, NV 89423** | - | | **06/01/2009-07/17/2011** **Overhead, G&A Expenses** | | | | 788,102.06 |

Sheet no. __20__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

850,496.86

B6F (Official Form 6F) (12/07) - Cont.

In re    **CLEAR CREEK RANCH II, LLC** ,    Case No.    **11-52302**
_____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | January 2007 | | | | |
| TAHOE III, LLC c/o SCOTT HEATON, ESQ. P.O. BOX 605 Carson City, NV 89702 | | - | Remaining Lease Payments for Lease of The Lakehouse, 803 Stateline Ave. South Lake Tahoe, CA 96150. Insider | | | X | 175,000.00 |
| Account No. | | | 08/03/2010-09/09/2010 | | | | |
| TAYLORMADE GOLF COMPANY, INC. 5545 FERRARI COURT Carlsbad, CA 92008 | | - | Pro Shop Inventory Merchandise | | | | 296.83 |
| Account No. | | | 06/23/2011 | | | | |
| TCF EQUIPMENT FINANCE 11100 WAYZATA BLVD., SUITE 801 Hopkins, MN 55305 | X | - | Operating Lease for golf course equipment | | | | 3,901.95 |
| Account No. | | | Deficiency claim after foreclosure on Golf Course | | | | |
| TEXTRON FINANCIAL (DORFINCO) 11575 GREAT OAKS WAY Alpharetta, GA 30022 | | - | | | | | 4,500,000.00 |
| Account No. | | | 06/03/2010 | | | | |
| THE GOLFWORKS 4820 JACKSONTOWN ROAD Newark, OH 43058 | | - | Pro Shop Inventory Merchandise | | | | 58.48 |

Sheet no. __21__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **4,679,257.26**

B6F (Official Form 6F) (12/07) - Cont.

In re    **CLEAR CREEK RANCH II, LLC**                                      ,    Case No.    **11-52302**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**TICA DESIGN CORP**<br>**1095 BUSINESS LANE SUITE E**<br>**Naples, FL 34110** | - | | 07/07/2010-09/21/2010<br>Tournament Prizes | | | | 5,427.91 |
| Account No.<br><br>**TITLEIST**<br>**P.O. BOX 965**<br>**Fairhaven, MA 02719** | - | | 06/01/2010-10/15/2010<br>Pro Shop Inventory Merchandise | | | | 4,639.72 |
| Account No.<br><br>**TOURNAMENT EXPERT**<br>**1129 AVONOAK PLACE**<br>**Glendale, CA 91206** | | | 09/04/2010<br>Golf Tournament Software | | | | 595.00 |
| Account No.<br><br>**US FOODSERVICE**<br>**P.O. BOX 60000**<br>**San Francisco, CA 94160** | - | | 11/18/2010<br>Food/supplies for dining room | | | | 275.44 |
| Account No.<br><br>**V&C CONSTRUCTION**<br>**P.O. BOX 1269**<br>**Minden, NV 89423** | - | | 04/01/2011<br>Excavation work for water line | | | | 885.00 |

Sheet no. __22__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    11,823.07

B6F (Official Form 6F) (12/07) - Cont.

In re    **CLEAR CREEK RANCH II, LLC**                                    ,        Case No.    **11-52302**
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 02/18/2010 Loan | | | | |
| WD 40 SOMETHING LLC P.O. BOX 489 Minden, NV 89423 | - | | | | | | | | 10,000.00 |
| Account No. | | | | | Golf Club Membership | | | | |
| WES JENNISON 7950 JAMES ISLAND TRAIL Jacksonville, FL 32256 | - | | | | | | | | 30,000.00 |
| Account No. | | | | | 10/31/2010 Golf course maintenance and supplies | | | | |
| WEST COAST SAND & GRAVEL P.O. BOX 5067 Buena Park, CA 90622 | - | | | | | | | | 5,136.23 |
| Account No. | | | | | 06/04/2010 supplies for golf course maintenance | | | | |
| WEST COAST TURF P.O. BOX 4563 Palm Desert, CA 92261 | - | | | | | | | | 42.26 |
| Account No. | | | | | 07/31/2010-09/30/2011 Exterminator at Lakehouse and Clubhouse | | | | |
| WESTERN EXTERMINATOR 685 E. Grove Street Reno, NV 89502 | - | | | | | | | | 1,097.00 |

Sheet no. **23** of **24** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                46,275.49

B6F (Official Form 6F) (12/07) - Cont.

In re    **CLEAR CREEK RANCH II, LLC**                                    ,        Case No.    **11-52302**
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **WILLIAM SINGLETON** <br> **1517 MONACO DRIVE** <br> **Pacific Palisades, CA 90272** | - | | **07/06/2010** <br> **Golf Club Membership** | | | | 30,000.00 |
| Account No. <br><br> **WILLIAM WELLMAN** <br> **2308 PROMETHEUS COURT** <br> **Henderson, NV 89074** | - | | **10/04/2010** <br> **Golf Club Membership** | | | | 10,000.00 |
| Account No. <br><br> **WINTERS ELECTRIC** <br> **2280 LAKE TAHOE BLVD.** <br> **South Lake Tahoe, CA 96150** | | | **08/30/2010-05/31/2011** <br> **electrical retention for Clubhouse construction** | | | | 692.19 |
| Account No. <br><br> **YRI CUSTOM DESIGN** <br> **3510 LAFAYETTE ROAD, SUITE 6** <br> **Portsmouth, NH 03801** | - | | **06/23/2010-07/20/2010** <br> **prizes/gifts for golf tournament** | | | | 1,382.85 |
| Account No. <br><br> **ZERO RESTRICTION OUTERWEAR** <br> **P.O. BOX 71** <br> **Brattleboro, VT 05302** | - | | **08/31/2010** <br> **Pro Shop Inventory Merchandise** | | | | 141.40 |

Sheet no. __24__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | | 42,216.44 |
| Total <br> (Report on Summary of Schedules) | | 39,377,604.35 |

B6G (Official Form 6G) (12/07)

In re　**CLEAR CREEK RANCH II, LLC**　　　　　　　　　　　　　　　，　Case No.　**11-52302**
　　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **IVGID**<br>**893 Southwood Boulevard**<br>**Incline Village, NV 89451** | **Contract for provision of 350 acre feet of effluent annually** |
| **JONAS SOFTWARE**<br>**P.O. BOX 3476**<br>**Philadelphia, PA 19178** | **Accounting Software**<br>**Past Due: $0.00**<br>**Remaining: $15,531.53** |
| **NV Dept of Environmental Protection**<br>**901 South Stewart Street, Suite 4001**<br>**Carson City, NV 89701** | **Permit for use of effluent water** |
| **PNC EQUIPMENT**<br>**P.O. BOX 931034**<br>**Cleveland, OH 44193** | **Golf Cart Lease**<br>**Lease No. 123106000**<br>**48 months, $2712.30 monthly**<br>**$20,000 deposit**<br>**Fair Market Value Buyout** |
| **TCF EQUIPMENT FINANCE**<br>**P.O. BOX 77077**<br>**Minneapolis, MN 55480** | **Golf Course Maintenance Equipment- Operating**<br>**Account No. 008-0180751-100**<br>**Past Due: $3,497.32**<br>**Paid: $10,569.16**<br>**Remianing: $4,808.02** |
| **TEXTRON FINANCIAL**<br>**DEPT. AT 40219**<br>**Atlanta, GA 31192** | **EQUIPMENT LEASE NO. 1027892**<br>**Past Due: $19,987.36 (+ 999.36 Finance Charge)**<br>**Paid: $69,955.76**<br>**Remaining: $59,962.08**<br><br>**EQUIPMENT LEASE NO. 1028125**<br>**Past Due: $7,305.36 (+ 365.20 Finance Charge)**<br>**Paid:  $25,568.76**<br>**Remaining: $21,916.08**<br><br>**EQUIPMENT LEASE NO. 1028327**<br>**Past Due: $8,402.24 (+420.08 Finance Charge)**<br>**Paid: $29,407.84**<br>**Remaining: $25,206.72**<br><br>**EQUIPMENT LEASE NO. 1028712**<br>**Past Due: $4,462.16**<br>**Paid: $15,617.56**<br>**Remaining: $13,386.48**<br><br>**SEE ATTACHED LIST** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **CLEAR CREEK RANCH II, LLC**                                                     Case No.    **11-52302**
_____,
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **JAMES S. TAYLOR, TRUSTEE**<br>**JAMES S AND DENISE G TAYLOR LIVING TRUST**<br>**4485 VIA ESPERANZA**<br>**Santa Barbara, CA 93110** | **PNC EQUIPMENT LEASE**<br>**995 DALTON AVENUE**<br>**Cincinnati, OH 45203** |
| **JAMES S. TAYLOR, TRUSTEE**<br>**JAMES S AND DENISE G TAYLOR LIVING TRUST**<br>**4485 VIA ESPERANZA**<br>**Santa Barbara, CA 93110** | **TCF EQUIPMENT FINANCE**<br>**11100 WAYZATA BLVD., SUITE 801**<br>**Hopkins, MN 55305** |
| **JAMES S. TAYLOR, TRUSTEE**<br>**JAMES S AND DENISE G TAYLOR LIVING TRUST**<br>**4485 VIA ESPERANZA**<br>**Santa Barbara, CA 93110** | **TEXTRON FINANCIAL**<br>**Dept AT 40219**<br>**Atlanta, GA 31192** |
| **LEO A. "CHIP"  HANLY**<br>**P.O. BOX 489**<br>**Minden, NV 89423** | **ILIAC GOLF**<br>**2215 FARADAY AVENUE, SUITE A**<br>**Carlsbad, CA 92008** |
| **LEO A. "CHIP"  HANLY**<br>**P.O. BOX 489**<br>**Minden, NV 89423** | **PNC EQUIPMENT LEASE**<br>**995 DALTON AVENUE**<br>**Cincinnati, OH 45203** |
| **LEO A. "CHIP"  HANLY**<br>**P.O. BOX 489**<br>**Minden, NV 89423** | **TCF EQUIPMENT FINANCE**<br>**11100 WAYZATA BLVD., SUITE 801**<br>**Hopkins, MN 55305** |
| **LEO A. "CHIP"  HANLY**<br>**P.O. BOX 489**<br>**Minden, NV 89423** | **TEXTRON FINANCIAL**<br>**Dept AT 40219**<br>**Atlanta, GA 31192** |
| **LEO A. "CHIP" HANLY**<br>**P.O. BOX 489**<br>**Minden, NV 89423** | **U.S FOOD SERVICE**<br>**P.O. BOX 6000**<br>**San Francisco, CA 94160** |
| **LEO A. "CHIP" HANLY**<br>**P.O. BOX 489**<br>**Minden, NV 89423** | **DULTMEIER SALES**<br>**13808 INDUSTRIAL WAY**<br>**Omaha, NE 68137** |
| **LEO A. "CHIP" HANLY**<br>**P.O. BOX 489**<br>**Minden, NV 89423** | **TAYLORMADE GOLF, INC.**<br>**5545 FERRARI COURT**<br>**Carlsbad, CA 92008** |
| **LEO A. "CHIP" HANLY**<br>**P.O. BOX 489**<br>**Minden, NV 89423** | **GOLF SOLUTIONS I, LLC**<br>**DBA LASER LINK GOLF**<br>**4027 OWL CREEK DRIVE**<br>**Madison, WI 53718** |

1
_____ continuation sheets attached to Schedule of Codebtors

In re    **CLEAR CREEK RANCH II, LLC**            ,     Case No.    **11-52302**

                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| LEO A. "CHIP" HANLY<br>P.O. BOX 489<br>Minden, NV 89423 | PETER MILLAR<br>220 JAMES JACKSON<br>Cary, NC 27513 |
| LEO A. "CHIP" HANLY<br>P.O. BOX 489<br>Minden, NV 89423 | PING GOLF EQUIPMENT<br>P.O. BOX 82000<br>Phoenix, AZ 85071 |
| LEO A. "CHIP" HANLY<br>P.O. BOX 489<br>Minden, NV 89423 | ST. ANDREWS PRODUCTS<br>500 MARINER DRIVE<br>Michigan City, IN 46360 |
| LEO A. "CHP" HANLY<br>P.O. BOX 489<br>Minden, NV 89423 | MAUI JIM USA<br>ONE ALOHA LANE<br>Peoria, IL 61615 |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Codebtors

Schedule B#28 and #29 List
CLEAR CREEK RANCH II

8/1/11 4:31 PM

| DESCRIPTION | VENDOR | DATE | Purchase Price | LOCATION |
|---|---|---|---|---|
| **Owned Computers/Office Equipment** | | | | |
| Laptop | CDW Direct | 01/03/08 | $1,319.62 | Textron asserts security interest and has taken possession |
| Laptop | CDW Direct | 01/03/08 | $1,319.63 | Textron asserts security interest and has taken possession |
| Laptop | CDW Direct | 01/03/08 | $1,319.63 | Textron asserts security interest and has taken possession |
| | | | **$3,958.88** | |
| **Capital Leased Equipment** | | | | |
| Kubota Tractor #B2320 | C&M Equip (Textron Cap Lease) | 07/21/08 | ######## | Textron asserts security interest and has taken possession |
| Kubota Tractor #B2239 | C&M Equip (Textron Cap Lease) | 07/21/08 | ######## | Textron asserts security interest and has taken possession |
| Cushman Turf Truck 32 HP #840560001765 | C&M Equip (Textron Cap Lease) | 07/21/08 | ######## | Textron asserts security interest and has taken possession |
| JD Walking Greens Mower w/Trailer #30145 | C&M Equip (Textron Cap Lease) | 07/21/08 | $1,601.25 | Textron asserts security interest and has taken possession |
| JD Walking Greens Mower w/Trailer #30145 | C&M Equip (Textron Cap Lease) | 07/21/08 | $1,601.25 | Textron asserts security interest and has taken possession |
| JD Walking Greens Mower w/Trailer #30144 | C&M Equip (Textron Cap Lease) | 07/21/08 | $1,601.25 | Textron asserts security interest and has taken possession |
| JD Walking Greens Mower w/Trailer #30159 | C&M Equip (Textron Cap Lease) | 07/21/08 | $1,601.25 | Textron asserts security interest and has taken possession |
| JD Walking Greens Mower w/Trailer #55488 | C&M Equip (Textron Cap Lease) | 07/21/08 | $1,601.25 | Textron asserts security interest and has taken possession |
| JD Walking Greens Mower w/Trailer #81111 | C&M Equip (Textron Cap Lease) | 07/21/08 | $1,601.25 | Textron asserts security interest and has taken possession |
| Jacobsen HD Sodcutter 16" #P845500228 | C&M Equip (Textron Cap Lease) | 07/21/08 | $9,607.30 | Textron asserts security interest and has taken possession |
| JD Walking Greens Mower w/Trailer #30155 | C&M Equip (Textron Cap Lease) | 07/21/08 | $1,601.25 | Textron asserts security interest and has taken possession |
| JD Walking Greens Mower w/Trailer #30143 | C&M Equip (Textron Cap Lease) | 07/21/08 | $1,601.25 | Textron asserts security interest and has taken possession |
| Jacobsen 1800 Tilting Gas #670420172g | C&M Equip (Textron Cap Lease) | 07/21/08 | $2,251.59 | Textron asserts security interest and has taken possession |
| Smithco Windstar Blower w/pack #27460191 | C&M Equip (Textron Cap Lease) | 07/21/08 | $ 453.69 | Textron asserts security interest and has taken possession |
| Toro Wheel Mower 52500 #95100 | C&M Equip (Textron Cap Lease) | 07/21/08 | $1,921.50 | Textron asserts security interest and has taken possession |
| Smithco Windstar Blower w/pack #27460191H | C&M Equip (Textron Cap Lease) | 07/21/08 | $ 453.69 | Textron asserts security interest and has taken possession |
| Turfco T-558B-SP Topdresser #J02208 | C&M Equip (Textron Cap Lease) | 07/21/08 | $7,680.66 | Textron asserts security interest and has taken possession |
| Turfco Broadcaster Spreader #6022146 | C&M Equip (Textron Cap Lease) | 07/21/08 | $7,680.66 | Textron asserts security interest and has taken possession |
| Billygoat 9HP Blower #082007627 | C&M Equip (Textron Cap Lease) | 07/21/08 | $1,216.95 | Textron asserts security interest and has taken possession |
| Gandy 36" Spreader | C&M Equip (Textron Cap Lease) | 07/21/08 | $ 677.49 | Textron asserts security interest and has taken possession |
| Lely 1250 Fertilizer/Seed Spreader #232051 | C&M Equip (Textron Cap Lease) | 07/21/08 | $3,521.68 | Textron asserts security interest and has taken possession |
| Cushman Truckster 4W 32HP #LM21078 | C&M Equip (Textron Cap Lease) | 07/21/08 | $3,736.25 | Textron asserts security interest and has taken possession |
| Jacobsen LF3400 #26013-1273356 | C&M Equip (Textron Cap Lease) | 07/21/08 | $1,708.00 | Textron asserts security interest and has taken possession |
| John Deere 2500 Greensmower #TC2500-040 | C&M Equip (Textron Cap Lease) | 07/21/08 | $2,668.75 | Textron asserts security interest and has taken possession |
| Toro Reelmaster 2300 #3426-50175 | C&M Equip (Textron Cap Lease) | 07/21/08 | $2,135.00 | Textron asserts security interest and has taken possession |
| John Deer Reel Mower #TC2500-C4010768 | C&M Equip (Textron Cap Lease) | 07/21/08 | $1,601.25 | Textron asserts security interest and has taken possession |
| Smithco Windstar blower #27460191876 | C&M Equip (Textron Cap Lease) | 07/21/08 | $ 336.36 | Textron asserts security interest and has taken possession |
| B & B Sprayer 200 Gallon #080740 | C&M Equip (Textron Cap Lease) | 07/21/08 | $9,059.22 | Textron asserts security interest and has taken possession |
| Provost Trailer #10206 | C&M Equip (Textron Cap Lease) | 07/21/08 | $ 677.49 | Textron asserts security interest and has taken possession |
| Buffalo Blower #16352 | C&M Equip (Textron Cap Lease) | 07/21/08 | $ 677.49 | Textron asserts security interest and has taken possession |
| Jacobsen 1500 Top Dresser #27016500300 | C&M Equip (Textron Cap Lease) | 11/25/08 | $6,991.75 | Textron asserts security interest and has taken possession |
| | | | ######## | |
| **Operating Leased Equipment** | | | | |
| Cushman Turf Truck 32 HP #840560001799 | TGF Equipment (Operating Lease) | 07/21/08 | ######## | Textron asserts security interest and has taken possession |
| **Owned Equipment** | | | | |
| Tow Aerator 23HP #K021784 | C&M Equipment | 06/26/09 | ######## | Textron asserts security interest and has taken possession |
| Generator + Caterpillar #3225 | Cushman Equipment | 07/14/08 | ######## | Textron asserts security interest and has taken possession |
| Honda 5.5 HP Wheelbarrow Air Compressor | Home Depot | 09/23/08 | $ 759.56 | Textron asserts security interest and has taken possession |
| Lexus | JW Lexus | 07/26/08 | $ 625.00 | Textron asserts security interest and has taken possession |
| 2008 4 x 8 Trailer w/hitch black carry-on | JW Silver State Vehicle & Trlr | 08/02/08 | $ 861.18 | Textron asserts security interest and has taken possession |
| 21859 Snowbear Auto Snowplow SN#82-102Lowe's | Lowe's | 12/04/09 | $1,503.58 | Textron asserts security interest and has taken possession |
| 1 Kuboda QRTY900G6-K | Nevada Power Products | 05/19/08 | ######## | Textron asserts security interest and has taken possession |
| 2 Kuboda QRTY900G6-H | Nevada Power Products | 05/19/08 | ######## | Textron asserts security interest and has taken possession |
| Back Lapping Machine & Accessories | R & R Products | 09/11/08 | $1,091.05 | Textron asserts security interest and has taken possession |
| | | | ######## | Total Equipment |
| **Owned Furniture** | | | | |
| Model of Criscraft Boat | (JT)Great Camp Collection | 05/06/08 | $1,825.00 | Lakehouse - In Serpa's Posession |

**Textron asserts security interest and has taken possession**

**Schedule B#28 and #29 List**
**CLEAR CREEK RANCH II**

| DESCRIPTION | VENDOR | DATE | Purchase Price | LOCATION |
|---|---|---|---|---|
| Game Table | (JT)Objects in the Loft | 04/01/08 | $4,600.00 | Lakehouse - in Senjai's Possession |
| 94" Estate Sofa w/Linen | (JT)Rooms & Gardens | 05/29/08 | $6,377.08 | Lakehouse - in Senjai's Possession |
| Antique French Leather Club Chair | (JT)Rooms & Gardens | 05/29/08 | $5,091.19 | Lakehouse - in Senjai's Possession |
| Antique French Leather Club Chair | (JT)Rooms & Gardens | 05/29/08 | $5,091.19 | Lakehouse - in Senjai's Possession |
| 54 x 38 English Oak Coffee Table | (JT)Rooms & Gardens | 05/29/08 | $3,539.59 | Lakehouse - in Senjai's Possession |
| 7 18x18 Footstools (Nail head trim) w/fabric & | (JT)Rooms & Gardens | 05/29/08 | $3,658.87 | Lakehouse - in Senjai's Possession |
| Firewood Basket | (JT)Rooms & Gardens | 05/29/08 | $ 268.68 | Lakehouse - in Senjai's Possession |
| 4 Italian Occasional Chairs | (JT)Rooms & Gardens | 05/29/08 | $2,133.45 | Lakehouse - in Senjai's Possession |
| 2 25 x 30 x 29H Game Tables | (JT)Rooms & Gardens | 05/29/08 | $1,755.85 | Lakehouse - in Senjai's Possession |
| 2 FDR Chairs - w 10/90 Goose seatback | (JT)Rooms & Gardens | 05/29/08 | $4,945.73 | Lakehouse - in Senjai's Possession |
| 1 Seagrass Coffee Table 30" round | (JT)Rooms & Gardens | 05/29/08 | $1,637.68 | Lakehouse - in Senjai's Possession |
| 1 Alder Console 72 x 18 x 30H w 12" side ext. | (JT)Rooms & Gardens | 05/29/08 | $3,830.51 | Lakehouse - in Senjai's Possession |
| 2 Antique English Chinoiserie Tables | (JT)Rooms & Gardens | 05/29/08 | $3,006.23 | Lakehouse - in Senjai's Possession |
| 1 24 x 18 x 28H Teakcart serving table w/shelf | (JT)Rooms & Gardens | 05/29/08 | $1,493.42 | Lakehouse - in Senjai's Possession |
| 1 96" x 60" English Oak Oval Dining Table | (JT)Rooms & Gardens | 05/29/08 | $5,139.68 | Lakehouse - in Senjai's Possession |
| (10) Occasional Chairs | (JT)Rooms & Gardens | 05/29/08 | $4,529.73 | Lakehouse - in Senjai's Possession |
| 1 Hampton Bench | (JT)Rooms & Gardens | 05/29/08 | $3,771.25 | Lakehouse - in Senjai's Possession |
| 2 Footstools | (JT)Rooms & Gardens | 05/29/08 | $ 560.52 | Lakehouse - in Senjai's Possession |
| 6 Parsons Chairs | (JT)Rooms & Gardens | 06/23/08 | $3,345.64 | Lakehouse - in Senjai's Possession |
| 4 Fontresk | (JT)Rooms & Gardens | 06/23/08 | $ 923.20 | Lakehouse - in Senjai's Possession |
| 2 Fanback Settee | (JT)Rooms & Gardens | 06/23/08 | $1,454.63 | Lakehouse - in Senjai's Possession |
| 1 Behrent's 85" Dining Table | (JT)Rooms & Gardens | 06/23/08 | $ 824.29 | Lakehouse - in Senjai's Possession |
| 1 Behrent's 89" Dining Table | (JT)Rooms & Gardens | 06/23/08 | $ 727.31 | Lakehouse - in Senjai's Possession |
| 4 Dining Chairs w/arms | (JT)Rooms & Gardens | 06/23/08 | $1,745.56 | Lakehouse - in Senjai's Possession |
| 10 Dining Chairs w/o arms | (JT)Rooms & Gardens | 06/23/08 | $3,630.51 | Lakehouse - in Senjai's Possession |
| 2 side tables | (JT)Rooms & Gardens | 06/23/08 | $ 766.10 | Lakehouse - in Senjai's Possession |
| Forrest Scene Chandelier | (JT)Rooms & Gardens | 06/23/08 | $5,086.73 | Lakehouse - in Senjai's Possession |
| Scottish Ship's Clock | (JT)Rooms & Gardens | 06/23/08 | $ 421.84 | Lakehouse - in Senjai's Possession |
| Bird & Twig Table | (JT)Rooms & Gardens | 06/23/08 | $ 153.22 | Lakehouse - in Senjai's Possession |
| 1 Etching | (JT)Rooms & Gardens | 06/23/08 | $ 362.51 | Lakehouse - in Senjai's Possession |
| 1 Silver plated wine holder | (JT)Rooms & Gardens | 06/23/08 | $ 73.27 | Lakehouse - in Senjai's Possession |
| 1 French Silver plated Bowl | (JT)Rooms & Gardens | 06/23/08 | $ 184.90 | Lakehouse - in Senjai's Possession |
| Pool Lamps | (JT)Rooms & Gardens | 06/23/08 | $ 134.69 | Lakehouse - in Senjai's Possession |
| 2 Lamps w/Shades | (JT)Rooms & Gardens | 06/23/08 | $ 373.46 | Lakehouse - in Senjai's Possession |
| Old Skis | (JT)Rooms & Gardens | 06/23/08 | $ 285.54 | Lakehouse - in Senjai's Possession |
| 1 Silver plated serving tray | (JT)Rooms & Gardens | 06/23/08 | $ 606.09 | Lakehouse - in Senjai's Possession |
| Pictures & Prints | James Reid Photography | 05/07/11 | $ 600.25 | Lakehouse - in Senjai's Possession |
| Gallery Back Chest | (JT)Dan Marty Designs | 07/08/08 | $2,999.68 | Lakehouse - in Senjai's Possession |
| 19th Century Walnut Bookcase | (JT)Rafts? Antiques, Inc. | 07/08/08 | $5,574.90 | Lakehouse - in Senjai's Possession |
| 1 Faux Bamboo Imperial Queen HB & Bed | (JT)Rooms & Gardens | 07/08/08 | $4,315.39 | Lakehouse - in Senjai's Possession |
| 1 Faux Bamboo Chair | (JT)Rooms & Gardens | 07/08/08 | $1,440.08 | Lakehouse - in Senjai's Possession |
| 1 18" Tea Cart Side Table | (JT)Rooms & Gardens | 07/08/08 | $1,406.14 | Lakehouse - in Senjai's Possession |
| 1 Rug Remnant 4th Ottoman | (JT)Rooms & Gardens | 07/08/08 | $ 339.41 | Lakehouse - in Senjai's Possession |
| 6 Vintage Pine Botanicals - Smithsonian | (JT)Rooms & Gardens | 07/08/08 | $1,881.01 | Lakehouse - in Senjai's Possession |
| 12 Pillows - Livingroom/Entryway/Bedroom | (JT)Rooms & Gardens | 07/08/08 | $2,152.95 | Lakehouse - in Senjai's Possession |
| 1 Farmhouse side chair for desk - LR | (JT)Rooms & Gardens | 07/08/08 | $1,066.73 | Lakehouse - in Senjai's Possession |
| 1 Samll Bamboo table for BR or LR | (JT)Rooms & Gardens | 07/08/08 | $ 654.58 | Lakehouse - in Senjai's Possession |
| 6 Throw Rugs | (JT)Rooms & Gardens | 07/14/08 | $ 918.75 | Lakehouse - in Senjai's Possession |
| 25 Picture Frames | (JT)Rooms & Gardens | 07/10/08 | $3,152.76 | Lakehouse - in Senjai's Possession |
| 1 Pillow | (JT)LeGrand French Market | 07/10/08 | $ 164.86 | Lakehouse - in Senjai's Possession |
| 1 Lamp | (JT)LeGrand French Market | 07/10/08 | $ 123.64 | Lakehouse - in Senjai's Possession |
| 1 Bamboo Canterbury | (JT)LeGrand French Market | 07/10/08 | $ 727.31 | Lakehouse - in Senjai's Possession |
| 2 Stools | (JT)Sonoma Country Antiques | 07/10/08 | $ 572.15 | Lakehouse - in Senjai's Possession |
| 1 Barn Wood Mirror | (JT)Samsahand | 07/11/08 | $7,000.00 | Lakehouse - in Senjai's Possession |
| Oriental Rug | (JT)E_Bay | 07/11/08 | $ 617.00 | Lakehouse - in Senjai's Possession |
| Chelsea Clock | (JT)E Bay | 07/11/08 | $ 800.00 | Lakehouse - in Senjai's Possession |
| 1 Telescope | (JT)E Bay | 07/11/08 | $ 480.00 | Lakehouse - in Senjai's Possession |
| 1 Red/Blue Stripe Ottoman - BR | (JT)Rooms & Gardens | 07/11/08 | $ 378.20 | Lakehouse - in Senjai's Possession |
| 2 Hexagonal Lanterns | (JT)Rooms & Gardens | 07/11/08 | $ 795.10 | Lakehouse - in Senjai's Possession |
| 3 Exterior Tall San Juan Lanterns | (JT)Rooms & Gardens | 07/11/08 | $ 189.10 | Lakehouse - in Senjai's Possession |
| 1 Seasat Linen Shade | (JT)Rooms & Gardens | 07/11/08 | $ 73.70 | Lakehouse - in Senjai's Possession |
| 2 Bali Seed Linen Shades - Bath sconces | (JT)Rooms & Gardens | 07/11/08 | $ 662.19 | Lakehouse - in Senjai's Possession |
| 1 Labor & Iron Rod-A Frame Window | (JT)Rooms & Gardens | 07/11/08 | $2,201.33 | Lakehouse - in Senjai's Possession |
| 5 LaGuna Roman Shades (LR-2,DR-2,K-1) | (JT)Rooms & Gardens | 07/11/08 | $ 80.81 | Lakehouse - in Senjai's Possession |
| 1 Oar | (JT)Summerland Antiques | 07/11/08 | $ 80.81 | Lakehouse - in Senjai's Possession |
| 1 Antique French Style Table | (JT)Summerland Antiques | 07/11/08 | $2,014.00 | Lakehouse - in Senjai's Possession |
| 1 Set Matress/Boxspring | (JT)Spencers Mattress | 07/11/08 | $1,033.32 | Lakehouse - in Senjai's Possession |
| 1 Sconce-Old Iron Finish w/parchment 6"x 13" | (JT)Reborn Antiques | 07/11/08 | $ 806.46 | Lakehouse - in Senjai's Possession |
| 1 Sconce-Old Iron Finish w/parchment 6"x 13" | (JT)Reborn Antiques | 07/11/08 | $ 806.46 | Lakehouse - in Senjai's Possession |

Schedule BR28 and #29 List
CLEAR CREEK RANCH II

8/1/11 4:31 PM

| DESCRIPTION | VENDOR | DATE | Purchase Price | LOCATION |
|---|---|---|---|---|
| 1 Sconce-Old Iron Finish w/parchment 5"x 13 | (JT) Reborn Antiques | 07/11/08 | $ 806.46 | Lakehouse - In Senpi's Posession |
| 1 Sconce-Old Iron Finish w/parchment 5"x 13 | (JT) Reborn Antiques | 07/11/08 | $ 806.46 | Lakehouse - In Senpi's Posession |
| 1 Sconce-Old Iron Finish w/parchment 5"x 13 | (JT) Reborn Antiques | 07/11/08 | $ 806.47 | Lakehouse - In Senpi's Posession |
| Painting | Jon Prudhomme | 07/31/08 | $8,000.00 | Lakehouse - In Senpi's Posession |
| Maxi-fridge | (MS) Best Buy | 08/13/08 | $ 597.11 | Lakehouse - In Senpi's Posession |
| Small Microwave | (MS) Best Buy | 08/13/08 | $ 88.60 | Lakehouse - In Senpi's Posession |
| Navajo Rug | (JT) Garlands Navajo | 10/08/08 | $3,635.00 | Lakehouse - In Senpi's Posession |
| Navajo Rug Frame | (JT)Sherman Gallery | 10/08/08 | $1,005.00 | Lakehouse - In Senpi's Posession |
| Fishing Reels/Skis - Antique | (JT)Guns of Tahoe | 10/08/08 | $2,046.02 | Lakehouse - In Senpi's Posession |
| 2 Kantha Quilts | (JT)Rooms & Gardens | 10/08/08 | $ 766.10 | Lakehouse - In Senpi's Posession |
| 1 Antique Chest of Drawers | (JT)Rooms & Gardens | 10/08/08 | $1,163.70 | Lakehouse - In Senpi's Posession |
| 1 Antique Relly Quilt | (JT)Rooms & Gardens | 10/08/08 | $ 770.95 | Lakehouse - In Senpi's Posession |
| Dishwasher | RC Wiley | 09/10/08 | $1,281.74 | Lakehouse - In Senpi's Posession |
| Range Hood | RC Wiley | 09/10/08 | $1,632.10 | Lakehouse - In Senpi's Posession |
| Dual Fuel Range | Riggs Distributing | 09/02/08 | $6,465.00 | Lakehouse - In Senpi's Posession |
| Refridgerator | Riggs Distributing | 09/02/08 | $6,922.94 | Lakehouse - In Senpi's Posession |
| Asian Lamp & Shade | (JT) Rooms & Gardens | 09/03/08 | $1,129.76 | Lakehouse - In Senpi's Posession |
| Viva Nova Floor Lamp - Old Iron Finish 88" x | Reborn Antiques | 12/04/08 | $1,480.86 | Lakehouse - In Senpi's Posession |
| Gizza Antique Brass Swing Arm Lamp | Reborn Antiques | 12/04/08 | $ 765.41 | Lakehouse - In Senpi's Posession |
| Monda Wall Latern Polished Bronze Finish 2( | Reborn Antiques | 12/04/08 | $1,697.36 | Lakehouse - In Senpi's Posession |
| Knuckle 14rm Sconce w/round backplate 6"x | Reborn Antiques | 12/04/08 | $ 608.37 | Lakehouse - In Senpi's Posession |
| | | | ######## | |

**Owned Furniture/Computer Equipment**

| DESCRIPTION | VENDOR | DATE | Purchase Price | LOCATION |
|---|---|---|---|---|
| Pimlico Table Lamp w/shade & brass frame | Christman & Associates | 09/11/08 | $ 310.00 | Sales Trailer |
| 2 Executive Desk | Christman & Associates | 07/09/08 | $6,234.00 | Sales Trailer |
| 2 Leather Desk Chair | Christman & Associates | 07/09/08 | $ 860.00 | Sales Trailer |
| 2 Client Chairs - Office #1 | Christman & Associates | 07/09/08 | $2,200.00 | Sales Trailer |
| 1 Putty Lateral File | Christman & Associates | 07/09/08 | $ 912.00 | Sales Trailer |
| 2 Client Chairs - Office #2 | Christman & Associates | 07/09/08 | $2,004.00 | Sales Trailer |
| 4 Leather Club Chairs | Christman & Associates | 07/09/08 | $4,196.00 | Sales Trailer |
| Tree Trunk Coffee Table w/glass top | Christman & Associates | 07/09/08 | $1,320.00 | Sales Trailer |
| 1 Sofa Table | Christman & Associates | 07/09/08 | $ 836.00 | Sales Trailer |
| Antique Bench | Christman & Associates | 07/09/08 | $ 922.00 | Sales Trailer |
| Brass Desk Lamp | Christman & Associates | 07/09/08 | $ 310.00 | Sales Trailer |
| Computer & Accessories | CDW Direct | 07/28/08 | $2,784.64 | Sales Trailer |
| | | | ######## | |

**Schedule B#28 and #29**
**THE CLUB AT CLEAR CREEK TAHOE, INC.**

| DESCRIPTION | VENDOR | DATE | PURCHASE PRICE | LOCATION |
|---|---|---|---|---|
| **Leased Computers/Office Equipment** | | | | |
| Club Software | Jones, Inc. | ##### | ######## | 2480 Precision Drive - Offi; Textron asserts security interest |
| Soft Font for Club Software | Elfring Fonts | ##### | $ 139.50 | 2480 Precision Drive - Offi; Textron asserts security interest |
| | | | ######## | |
| **Owned Computers/Office Equipment** | | | | |
| 5 Motorola UHF 8ch 4 watt Portable Radios w/kit | Sierra Electronics | ##### | $ 1,653.56 | Golf Course - Temporary C; Textron asserts security interest and has taken p |
| Printer & Fax | Dell | ##### | $ 127.03 | Golf Course - Temporary C; Textron asserts security interest and has taken p |
| F & B Computer | Dell | ##### | $ 2,107.03 | Golf Course - Temporary C; Textron asserts security interest and has taken p |
| Pro Shop Computer | Dell | ##### | $ 2,107.03 | Golf Course - Temporary C; Textron asserts security interest and has taken p |
| Apple Computer | Dell | ##### | $ 2,099.55 | Golf Course - Temporary C; Textron asserts security interest and has taken p |
| | | | **$ 8,094.16** | |
| | | | | |
| **Owned Equipment** | | | | |
| 1 Jacobson PGM Mower #83280000370 | C&M | ##### | $ 5,512.11 | Golf Course; Textron asserts security interest and has taken p |
| 1 Jacobson PGM Mower #83280000386 | C&M | ##### | $ 5,512.11 | Golf Course; Textron asserts security interest and has taken p |
| 1 Jacobson PGM Mower #83280000387 | C&M | ##### | $ 5,512.11 | Golf Course; Textron asserts security interest and has taken p |
| 1 Jacobson PGM Mower #83280000388 | C&M | ##### | $ 5,512.11 | Golf Course; Textron asserts security interest and has taken p |
| 1 Jacobson PGM Mower #83280000389 | C&M | ##### | $ 5,512.11 | Golf Course; Textron asserts security interest and has taken p |
| 1 Jacobson PGM Mower #83280000091 | C&M | ##### | $ 5,512.11 | Golf Course; Textron asserts security interest and has taken p |
| 1 Jacobson PGM Mower #83280000092 | C&M | ##### | $ 5,512.11 | Golf Course; Textron asserts security interest and has taken p |
| 1 Pre-Owned Jacobsen Mower Caddy Trailer #6864600252529 | C&M | ##### | $ 1,157.31 | Golf Course; Textron asserts security interest and has taken p |
| 1 Pre-Owned Jacobsen Mower Caddy Trailer #6864600252527 | C&M | ##### | $ 1,157.32 | Golf Course; Textron asserts security interest and has taken p |
| 1 Pre-Owned Jacobsen Mower Caddy Trailer #6864600374774 | C&M | ##### | $ 1,157.32 | Golf Course; Textron asserts security interest and has taken p |
| 1 Pre-Owned Jacobsen Mower Caddy Trailer #6864600310811 | C&M | ##### | $ 1,157.32 | Golf Course; Textron asserts security interest and has taken p |
| 1 EZ Go ST400 Utility Vehicle-hitch turf tires, hour meter #2870104 | C&M | ##### | $ 7,238.57 | Golf Course; Textron asserts security interest and has taken p |
| 1 EZ Go ST400 Utility Vehicle-hitch turf tires, hour meter #2870947 | C&M | ##### | $ 7,238.57 | Golf Course; Textron asserts security interest and has taken p |
| 1 EZ Go ST400 Utility Vehicle-hitch turf tires, hour meter #2871396 | C&M | ##### | $ 7,238.57 | Golf Course; Textron asserts security interest and has taken p |
| 1 EZ Go ST400 Utility Vehicle-hitch turf tires, hour meter #2871398 | C&M | ##### | $ 7,238.57 | Golf Course; Textron asserts security interest and has taken p |
| 1 Jacobson Greensking IV Diesel-11 blade reels, groved at front rollers, #KOM | C&M | ##### | ######## | Golf Course; Textron asserts security interest and has taken p |
| 1 Jacobson Quick Roll Set (No Serial Number) | C&M | ##### | $ 2,265.35 | Golf Course; Textron asserts security interest and has taken p |
| 1 Jacobson Quick Roll Set (No Serial Number) | C&M | ##### | $ 2,265.35 | Golf Course; Textron asserts security interest and has taken p |
| 1 Jacobson Greenking Spiker Set (No Serial Number) | C&M | ##### | ######## | Golf Course; Textron asserts security interest and has taken p |
| 1 Jacobson G-Plex, Diesel, 11 blade reels, groved at front rollers, catchers | C&M | ##### | $ 2,780.71 | Golf Course; Textron asserts security interest and has taken p |
| 1 Jacobson Verticut for G-Plex demo units #67138 | C&M | ##### | ######## | Golf Course; Textron asserts security interest and has taken p |
| 1 Jacobson LT3450 4wd 7 blade reels (ground) #67946002057 | C&M | ##### | ######## | Golf Course; Textron asserts security interest and has taken p |
| 1 Jacobson LT3450 4wd 7 blade reels (ground) #67946002059 | C&M | ##### | ######## | Golf Course; Textron asserts security interest and has taken p |
| 50 Gal Golf Ball Washer PW73610 (No Serial Number) | Eagle One | ##### | $ 2,969.79 | Golf Course; Textron asserts security interest and has taken p |
| Trailer Torque for Golf Cart Washer #AYMU60817W0D001827 | Silver Slate (Justin White) | ##### | $ 850.42 | Golf Course; Textron asserts security interest and has taken p |
| Air Compressor NT2400L61 | CV Conquest | ##### | $ 660.06 | Golf Course; Textron asserts security interest and has taken p |
| Lift/Trailer for Air Compressor | CV Conquest | ##### | $ 1,065.65 | Golf Course; Textron asserts security interest and has taken p |
| Electro Boom Lift for Air Compressor/Sprayer | B & B Technologies | ##### | $ 2,801.61 | Golf Course; Textron asserts security interest and has taken p |
| Rotary TL-97 Turf Equipment Lift | Carson Valley Compost | ##### | $ 5,874.44 | Golf Course; Textron asserts security interest and has taken p |
| | | | ######## | |
| | | | | |
| **Furniture** | | | | |
| 1 Nautical Art Dining Table (GRI) NC744GR | Polywool, Inc. | ##### | $ 555.00 | Clubhouse; Textron asserts security interest and has taken p |
| 1 Nautical Highback Chair (GRI) NCH38GR  845748001601 | Polywool, Inc. | ##### | $ 249.20 | Clubhouse; Textron asserts security interest and has taken p |
| 2 Shot form mugasummas | Robert H. Ham Associates, LTD | ##### | $ 300.59 | Clubhouse; Textron asserts security interest and has taken p |
| American Walnut Cheval Mirror | Hanfin's | ##### | $ 130.00 | Clubhouse; Textron asserts security interest and has taken p |
| French Hall Table w/leaves | Hanfin's | ##### | $ 1,420.00 | Clubhouse; Textron asserts security interest and has taken p |
| French Cherry Hutch | Hanfin's | ##### | $ 1,012.00 | Clubhouse; Textron asserts security interest and has taken p |
| English Queen Anne Drop Leaf Table | Hanfin's | ##### | $ 5,700.00 | Clubhouse; Textron asserts security interest and has taken p |
| English/oak 3-Tier Table | Hanfin's | ##### | $ 1,300.00 | Clubhouse; Textron asserts security interest and has taken p |
| Persian Rug w/padding | Hanfin's | ##### | $ 1,270.00 | Clubhouse; Textron asserts security interest and has taken p |
| Small Persian Rug | Hanfin's | ##### | $ 1,530.00 | Clubhouse; Textron asserts security interest and has taken p |
| Oak Trunk | Hanfin's | ##### | $ 225.00 | Clubhouse; Textron asserts security interest and has taken p |
| 2 - 44" Dining Tables - Green | Polywool Inc. | ##### | $ 390.00 | Clubhouse; Textron asserts security interest and has taken p |
| 3 - 48" Round Tables - Green | Polywool Inc. | ##### | $ 776.34 | Clubhouse; Textron asserts security interest and has taken p |
| 20 - Nautical Highback Chairs - Green | Palo Umbrellas.com | ##### | $ 1,185.03 | Clubhouse; Textron asserts security interest and has taken p |
| Umbrellas/Stands | Beverage Factory | ##### | $ 3,920.48 | Clubhouse; Textron asserts security interest and has taken p |
| Kegerator | Miller Brown | ##### | $ 1,039.84 | Clubhouse; Textron asserts security interest and has taken p |
| (3) Pictures/Prints | Pro Shop Millwork Design | ##### | $ 1,647.70 | Clubhouse; Textron asserts security interest and has taken p |
| Front Counter for Pro Shop | Bauer International | ##### | $ 125.00 | Clubhouse; Textron asserts security interest and has taken p |
| 1 Hampstead T-Stand | Bauer International | ##### | $ 6,786.00 | Clubhouse; Textron asserts security interest and has taken p |
| Slatwall Fixed Louver | Bauer International | ##### | $ 848.77 | Clubhouse; Textron asserts security interest and has taken p |
| 1 Hampstead Golf Club Holder | Mark Soillenberger | ##### | $ 829.86 | Clubhouse; Textron asserts security interest and has taken p |
| Picture Frame | The Finist | ##### | $ 1,094.46 | Clubhouse; Textron asserts security interest and has taken p |
| 2 Drawer Finance Console 51501017 | Bassett | ##### | $ 515.07 | Clubhouse; Textron asserts security interest and has taken p |
| (2) Bark Leather Swivel Chairs 3637-05B | Mark Soillenberger | ##### | $ 445.05 | Clubhouse; Textron asserts security interest and has taken p |
| Picture Frame | | ##### | $ 1,872.00 | Clubhouse; Textron asserts security interest and has taken p |
| | | ##### | $ 431.96 | Clubhouse; Textron asserts security interest and has taken p |

**Schedule B#28 and #29**
**THE CLUB AT CLEAR CREEK TAHOE, INC.**

8/1/11 4:31 PM

| DESCRIPTION | VENDOR | DATE | PURCHASE PRICE | LOCATION | |
|---|---|---|---|---|---|
| Photograph | Miller Brown | ###### | $ 209.36 | Clubhouse | Textron asserts security interest and has taken p |
| Picture Frame | Fast Frame | ###### | $ 934.45 | Clubhouse | Textron asserts security interest and has taken p |
| 23 Chairs for Clubhouse | Amish Woodworking | ###### | $7,034.05 | Clubhouse | Textron asserts security interest and has taken p |
| 5 Tables for Clubhouse | Amish Woodworking | ###### | $1,257.70 | Clubhouse | Textron asserts security interest and has taken p |
| Server/Chair Prototype | Amish Woodworking | ###### | $ 388.25 | Clubhouse | Textron asserts security interest and has taken p |
| 1 36" x 36" Table Top Prototype | Amish Woodworking | ###### | $ 276.20 | Clubhouse | Textron asserts security interest and has taken p |
| 1 30" x 30" Table Base | Amish Woodworking | ###### | $ 51.30 | Clubhouse | Textron asserts security interest and has taken p |
| | | | ###### | | |
| 4 Low Profile Waste Enclosure (IW-ST713) | Prestwick Golf Group | ###### | $ 1,335.00 | Golf Course | Textron asserts security interest and has taken p |
| 4 Large Water Bottle Boxes (IW-WBB6OS) | Prestwick Golf Group | ###### | $ 5,247.00 | Golf Course | Textron asserts security interest and has taken p |
| 1 Birkdale Easel Clock (BD-ES18) | Prestwick Golf Group | ###### | $ 450.75 | Golf Course | Textron asserts security interest and has taken p |
| 1 Birkdale Large Planter Box (BD-P BLS) | Prestwick Golf Group | ###### | $ 892.50 | Golf Course | Textron asserts security interest and has taken p |
| 1 Birkdale 5 Bag Rack (BD-GBR5) | Prestwick Golf Group | ###### | $1,796.25 | Golf Course | Textron asserts security interest and has taken p |
| 1 PE Portable Podium (Scorecard/pencil holder) IW-PO1 | Prestwick Golf Group | ###### | $ 303.75 | Golf Course | Textron asserts security interest and has taken p |
| Shelving | R & R Products | ###### | $ 906.01 | Golf Course - Maintenance | Textron asserts security interest and has taken p |
| 1 Cork Board | Staples | ###### | $ 171.33 | Golf Course - Maintenance | Textron asserts security interest and has taken p |
| (16) Black Vinyl Chairs | Staples | ###### | $ 407.00 | Golf Course - Maintenance | Textron asserts security interest and has taken p |
| (3) Resin Folding Tables | Staples | ###### | $ 305.24 | Golf Course - Maintenance | Textron asserts security interest and has taken p |
| 1 Desk - Superintendent | Staples | ###### | $ 750.00 | Golf Course - Maintenance | Textron asserts security interest and has taken p |
| 1 Desk - Asst. Super | Syncon | ###### | $ 600.00 | Golf Course - Maintenance | Textron asserts security interest and has taken p |
| 1 Desk - Mechanic | Syncon | ###### | $ 450.00 | Golf Course - Maintenance | Textron asserts security interest and has taken p |
| 1 Desk - Irrigation Station | Syncon | ###### | $ 400.00 | Golf Course - Maintenance | Textron asserts security interest and has taken p |
| 1 Chair - Superintendent | Syncon | ###### | $ 75.00 | Golf Course - Maintenance | Textron asserts security interest and has taken p |
| 1 Chair - Asst Super | Syncon | ###### | $ 65.00 | Golf Course - Maintenance | Textron asserts security interest and has taken p |
| 1 Chair - Mechanic | Syncon | ###### | $ 65.00 | Golf Course - Maintenance | Textron asserts security interest and has taken p |
| (2) Guest Chairs - Superintendent | Syncon | ###### | $ 150.00 | Golf Course - Maintenance | Textron asserts security interest and has taken p |
| 1 Guest Chair - Mechanic | Syncon | ###### | $ 75.00 | Golf Course - Maintenance | Textron asserts security interest and has taken p |
| 1 Filing Cabinet - Superintendent | Syncon | ###### | $ 100.00 | Golf Course - Maintenance | Textron asserts security interest and has taken p |
| 1 Filing Cabinet - Asst. Super | Syncon | ###### | $ 100.00 | Golf Course - Maintenance | Textron asserts security interest and has taken p |
| 1 Filing Cabinet w/shelves - Mechanic | Syncon | ###### | $ 200.00 | Golf Course - Maintenance | Textron asserts security interest and has taken p |
| | | | ###### | | |
| 1 South Beach Dining Chair (GRI) SBD16GR 84574800000703 | Polywood, Inc. | ###### | $ 249.20 | Golf Course - Range | Textron asserts security interest and has taken p |
| 1 Adirondack Chair (GRI) AD650G0GR 84574800000512 | Polywood, Inc. | ###### | $ 246.80 | Golf Course - Range | Textron asserts security interest and has taken p |
| 1 - South Beach Dining Chair - Green | Polywood, Inc. | ###### | $1,031.70 | Golf Course - Range | Textron asserts security interest and has taken p |
| 3 - Seashell Side Table - Green | Polywood, Inc. | ###### | $ 261.63 | Golf Course - Range | Textron asserts security interest and has taken p |
| | | | $1,789.33 | | |
| 8 - Club Mission Chair - Mahogany/With Cushions | Poly-Wood Inc. | ###### | $3,348.56 | Golf Course - Swift Station | Textron asserts security interest and has taken p |
| 2 - 36" Round Conversation Tables - Mahogany | Poly-Wood Inc. | ###### | $ 514.14 | Golf Course - Swift Station | Textron asserts security interest and has taken p |
| 8 - Captains Bar Chairs - Mahogany/With Cushions | Poly-Wood Inc. | ###### | $2,337.76 | Golf Course - Swift Station | Textron asserts security interest and has taken p |
| 4 - South Beach Dining Chairs - Mahogany | Poly-Wood Inc. | ###### | $ 825.36 | Golf Course - Swift Station | Textron asserts security interest and has taken p |
| 2 - Round 36" Bar Table - Mahogany | Poly-Wood Inc. | ###### | $ 609.90 | Golf Course - Swift Station | Textron asserts security interest and has taken p |
| | | | $7,635.72 | | |
| | | TOTAL | ######## | | |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **CLEAR CREEK RANCH II, LLC**

Debtor(s)

Case No.    **11-52302**

Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the MANAGING MEMBER OF CLEAR CREEK AT TAHOE LLC, SOLE MBR DBTR of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___41___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **August 1, 2011**

Signature    **/s/ JAMES S. TAYLOR, TRUSTEE**
**JAMES S. TAYLOR, TRUSTEE**
**MANAGING MEMBER OF CLEAR CREEK AT TAHOE**
**LLC, SOLE MBR DBTR**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Nevada

In re   __CLEAR CREEK RANCH II, LLC__                              Case No.   __11-52302__

                                     Debtor(s)                     Chapter    __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $37,315.45 | **2011 YTD: Business Income** |
| | **Revenue shown for 2011 is actually deferred revenue collected in 2010 and applied to 2011 because dues are spread over 12 months.** |
| $202,194.17 | **2010: Business Income** |
| $76,888.95 | **2009: Business Income** |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1.40 | 2011 YTD: Interest / Dividends |
| $8.70 | 2010: Interest / Dividends |
| $84.47 | 2009: Interest / Dividends |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See attached list for Clear Creek Ranch II, LLC | April 18, 2001- July 17, 2011 | $9,840.50 | UNKNOWN $0.00 |
| See attached list for The Club at Clear Creek Tahoe, LLC | April 18, 2011- July 17, 2011 | $27,011.98 | UNKNOWN $0.00 |
| MARK LUTHMAN 1755 UNIVERSITY WAY San Jose, CA 95126 | May 2011 | $30,000.00 | $0.00 |
| STEVE HARKER 1052 OVERLOOK ROAD Berkeley, CA 94708 | May 2011 | $30,000.00 | $0.00 |
| LYNN SHACKLEFORD 716 E TORO ROAD Ojai, CA 93023 | May 2011 | $30,000.00 | $0.00 |
| BRUCE CHRISTENSEN 2754 KYNE AVENUE Minden, NV 89423 | June 20, 2011 | $2,544.00 | $0.00 |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **WESTERN ENERGETIX, LLC** **GUILD, RUSSELL, GALLAGHER & FULLER** **100 W. LIBERTY ST., SUITE 800** **P.O. BOX 2838** **Reno, NV 89505** | **April 15, 2011** | **$21,454.18** | **$0.00** |

None ☐   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Tahoe III, LLC** **c/o Scott Heaton, Esq.** **P.O. Box 605** **Carson City, NV 89702**    Insider | **September 2010** | **$90,000.00** | **$1,523,000.00** |
| **SIERRA CLOUDS, LLC** **716 N CARSON STREET** **Carson City, NV 89702**    Insider | **September 2010** | **$300,000.00** | **$0.00** |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Anthony Enard v. The Club at Clear Creek Tahoe, Inc.** **Case No. 11-SC-00189C** | **Collection of Actions** | **East Fork Township Justice Court** **P.O. Box 218** **Minden, NV  89423** | **no judgment entered** |
| **Pac Machine Company, Inc, v. Clear Creek Ranch II, LLC** **Case No. 10-CV-0148** | **Collection Action** | **Ninth Judicial District Court** **1625 Eighth Street** **P.O. Box 218** **Minden, NV  89423** | **Settlement Agreement** |
| **Bruce Chistensen v. The Club at Clear Creek Tahoe, Inc.** **Case No. 11-SC001119C** | **Collection Action** | **East Fork Township Justice Court** **P.O. Box 218** **Minden, NV  89423** | **Judgment, paid in full on June 20, 2011.** |
| **Western Energetix, LLC v. Clear Creek Ranch II, LLC, Leo A. Hanly** **Case No. 10-CV-0034** | **Collection Action** | **Ninth Judicial District Court** **1625 Eighth Street** **P.O. Box 218** **Minden, NV  89423** | **Judgment entered 04/1/2011, paid in full by Leo Hanly on 4/15/2011** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**5. Repossessions, foreclosures and returns**

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **TEXTRON FINANCIAL (DORFINCO) 11575 GREAT OAKS WAY Alpharetta, GA 30022** | **July 13, 2011** | **193 acres of improved real property- golf course and related personal property with an estimated value of $5,000,000 +** |

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Carson Valley Trails Association** | | **May 2011** | **Donation of 1 round of golf for 4 people** |

**8. Losses**

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

5

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Amy N. Tirre, APC 3715 Lakeside Drive, Suite A Reno, NV 89509** | **July 18, 2011 Debtor** | **$7,175.00 - The payment reflected here is in connection with this case and Clear Creek at Tahoe, LLC, Case No. 11-52303.** |
| **Allen Matkins LLP 1900 Main Street, 5th Floor Irvine, CA 92614** | **July 18, 2011 Debtor** | **$47,905.50 - The payment reflected here is in connection with this case Clear Creek at Tahoe, LLC, Case No. 11-52303.** |

**10.  Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

6

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **SYNCON HOMES**<br>**P.O. BOX 489**<br>**Minden, NV 89423** | **1 storage container, 2 office trailers, 1 sales trailer, 1 generator** | **Located on Debtor's real property** |
| **LEO A. "CHIP" HANLY**<br>**P.O. BOX 489**<br>**Minden, NV 89423** | **1 water truck, 1 tractor, 1 Polaris, miscellaneous personal property** | **Located on Debtor's real property** |
| **SUSAN HANLY**<br>**P.O. BOX 2620**<br>**Minden, NV 89423** | **Miscellaneous personal property** | **Located on Debtor's real property** |

### 15. Prior address of debtor

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **990 Ironwood Drive**<br>**Minden, NV  89423** | **The Club at Clear Creek Tahoe, Inc.**<br>**Clear Creek Ranch II, LLC** | **July 2004- March 2011** |

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

7

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **The Club at Clear Creek Tahoe, Inc.** | **26-2318115** | **P.O. Box 489 Minden, NV 89423** | **Owned and operated Golf Course** | **February 2008-Present** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

8

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **KIM BYRD** | **Inception to Present** |
| **P.O. BOX 489** | **Accounting/Bookkeeping** |
| **Minden, NV 89423** | |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **SADDINGTON & SHUSKO** | **18300 VON KARMAN AVE., SUITE 650** |
| | **Irvine, CA 92612** |

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **ROBERT ELMERICK** | **July 2009-July 2011** |
| **3545 HIDDEN VALLEY ROAD** | |
| **Templeton, CA 93465** | |
| **JOHN SERPA, SR.** | **July 2009- July 2011** |
| **P.O. BOX 1724** | |
| **Carson City, NV 89702** | |
| **JOPHN SERPA, JR.** | **July 2009- July 2011** |
| **P.O. BOX 1724** | |
| **Carson City, NV 89702** | |
| **KEITH SERPA** | **July 2009- July 2011** |
| **P.O. BOX 1724** | |
| **Carson City, NV 89702** | |
| **NEVADA FRIENDS, LLC** | **July 2009- July 2011** |
| **C/O SCOTT J. HEATON, ESQ.** | |
| **P.O. BOX 605** | |
| **Carson City, NV 89702** | |
| **TEXTRON FINANCIAL (DORFINCO)** | **July 2009-July 2011** |
| **11575 GREAT OAKS WAY** | |
| **Alpharetta, GA 30022** | |
| **FIRST HORIZON** | **July 2009-July 2011** |
| **509 Moses Street** | |
| **Carson City, NV 89703** | |
| **COLONY CAPITAL** | **September 2009-March 2010** |
| **2450 Broadway, 6th Floor** | |
| **Santa Monica, CA 90404** | |
| **DISCOVERY LAND COMPANY** | **October 2010-June 2011** |
| **14605 N. 73RD STREET** | |
| **Scottsdale, AZ 85260** | |
| **PETER CASTLEMAN** | **FEBRUARY 2011, JUNE 2011** |
| **917 TAHOE BOULEVARD, SUITE 200** | |
| **Incline Village, NV 89451** | |
| **WAYNE PRIM** | **JUNE 2010, JULY 2011** |
| **P.O. BOX 12219** | |
| **Zephyr Cove, NV 89448** | |

9

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **TAD BUCHANAN**<br>**201 W. MONTECITO STREET**<br>**Santa Barbara, CA 93101** | **AUGUST 2010** |

---

**20. Inventories**

None ☐  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **JUNE 2011** | **COLIN CAMPBELL** | **$37,322.50** |

None ☐  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|
| **JUNE 2011** | **KIM BYRD**<br>**P.O. BOX 489**<br>**Minden, NV 89423** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **JOHN SERPA, JR.**<br>**P.O. BOX 1724**<br>**Carson City, NV 89702** | **Undetermined** | **Undetermined** |
| **CLEAR CREEK AT TAHOE, LLC**<br>**P.O. BOX 489**<br>**Minden, NV 89423** | **Undetermined** | **Undetermined** |
| **JOHN SERPA, SR.**<br>**P.O. BOX 1724**<br>**Carson City, NV 89702** | **Undetermined** | **Undetermined** |
| **KEITH SERPA**<br>**P.O. BOX 1724**<br>**Carson City, NV 89702** | **Undetermined** | **Undetermined** |
| **NEVADA FRIENDS, LLC**<br>**P.O. BOX 605**<br>**Carson City, NV 89702** | **Undetermined**<br>**Nevada Friends, LLC holds a disputed**<br>**Deed of Trust against Debtor's real**<br>**property securing a disputed $150MM**<br>**note. It is being treated as equity rather**<br>**than secured debt.  Please see Adversary**<br>**Proceeding No. 11-05075.** | **Undetermined** |

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

10

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                ADDRESS                                      DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                                         DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                        DATE AND PURPOSE                     AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR               OF WITHDRAWAL                        OR DESCRIPTION AND
                                                                          VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None ☐   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)
**CLEAR CREEK AT TAHOE, LLC**                           **35-2297930**
**P.O. BOX 489**
**MINDEN, NV 89423**

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)


**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date  **August  1, 2011**                    Signature   **/s/ JAMES S. TAYLOR, TRUSTEE**
                                                          **JAMES S. TAYLOR, TRUSTEE**
                                                          **MANAGING MEMBER OF CLEAR CREEK AT TAHOE**
                                                          **LLC, SOLE MBR DBTR**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**The Club At Clear Creek Tahoe, Inc.**
**Payments to Creditors for SOFA #3(b)**
**4/17/11-7/18/11**

| Date | Payee | Description | Type | Amount |
|---|---|---|---|---|
| 4/19/2011 | Aetna | Health Insurance | CK#260 | $ 1,587.00 |
| 4/19/2011 | NV energy | Electric | CK#261 | $ 1,708.62 |
| 4/19/2011 | Aetna | Health Ins. Adjustment | CK#262 | $ 180.00 |
| 4/28/2011 | Callaway Golf Company | Merchandise - Inventory | CK#266 | $ 490.37 |
| 5/3/2011 | Jonas Software | Software Lease/Support | ACH Debit | $ 3,965.99 |
| 5/3/2011 | Paul Brunner | GC Equipment Maintenance | Cash | $ 1,304.23 |
| 5/4/2011 | ADP | Qtrly P/R Processing Fee | ACH Debit | $ 1,000.00 |
| 5/5/2011 | Aetna | Health Insurance | CK#267 | $ 18.00 |
| 5/31/2011 | Nevada State Bank | Monthly Service Charge | Debit | $ 1,587.00 |
| 5/31/2011 | Merchant Services | CC Processing Fees | ACH Debit | $ 260.08 |
| | | | | $ 37.95 |
| 6/1/2011 | Jonas Software | Software Lease | ACH Debit | $ 4,207.26 |
| 6/20/2011 | Christensen Company | GC Maintenance | CK#269 | $ 782.81 |
| 6/21/2011 | Cash | Greenskeepers Compensation | CK#270 | $ 5,394.00 |
| 6/22/2011 | NV Energy | Electric | CK#272 | $ 8,300.00 |
| 6/22/2011 | NV Energy | Electric | ACH Debit | $ 113.79 |
| 6/22/2011 | Nevada State Bank | Monthly Service Charge | Debit | $ 1,526.10 |
| 6/22/2011 | Merchant Services | CC Processing Fee | ACH Debit | $ 253.61 |
| 6/24/2011 | Sysco | Food | CK#273 | $ 37.95 |
| 7/7/2011 | Jonas Software | Software Lease | ACH Debit | $ 1,573.69 |
| 7/7/2011 | Merchant Services | CC Processing Fee | ACH Debit | $ 17,981.95 |
| | | | | $ 782.81 |
| | | | | $ 73.97 |
| | | | | $ 856.78 |
| | | | **Total** | **$ 27,011.98** |

**Clear Creek Ranch II, LLC**
**Payments to Creditors for SOFA #3(b)**
**4/17/11-7/18/11**

| Date | Payee | Description | Transaction Type | Amount |
|---|---|---|---|---|
| 4/21/2011 | Nevada State Bank | Monthly Service Charges | Debit | $ 15.26 |
| 4/27/2011 | Textron Financial | Equipment Lease Payment | ACH Debit | $ 2,774.96 |
| 4/28/2011 | Syncon | Car Payment | ACH Debit | $ 872.51 |
| | | | | $ 3,662.73 |
| 5/21/2011 | Nevada State Bank | Monthly Service Charges | Debit | $ 17.39 |
| 5/26/2011 | Syncon | Car Payment | ACH Debit | $ 872.51 |
| | | | | $ 889.90 |
| 6/1/2011 | Textron Financial | Equipment Lease Payment | ACH Debit | $ 5,270.60 |
| 6/21/2011 | Nevada State Bank | Monthly Service Charge | Debit | $ 17.27 |
| | | | | $ 5,287.87 |
| | | | **Total** | **$ 9,840.50** |

# United States Bankruptcy Court
### District of Nevada

In re   **CLEAR CREEK RANCH II, LLC**
_____ ,
Debtor

Case No.   **11-52302**

Chapter   **11**

## AMENDED LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CLEAR CREEK AT TAHOE, LLC** P.O. BOX 489 Minden, NV 89423 | | | **Member** |
| **JOHN SERPA, JR.** P.O. BOX 1724 Carson City, NV 89702 | **Undetermined** | **Undetermined** | **Undetermined** |
| **JOHN SERPA, SR.** P.O. BOX 1724 Carson City, NV 89702 | **Undetermined** | **Undetermined** | **Undetermined** |
| **KEITH SERPA** P.O. BOX 1724 Carson City, NV 89702 | **Undetermined** | **Undetermined** | **Undetermined** |
| **NEVADA FRIENDS, LLC** P.O. BOX 605 Carson City, NV 89702 | **This LLC holds a disputed lien against Debtor's real property securing a disputed $150MM note. It is being treated as equity rather than secured debt.** | | **Undetermined** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the MANAGING MEMBER OF CLEAR CREEK AT TAHOE LLC, SOLE MBR DBTR of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 1, 2011** _____

Signature **/s/ JAMES S. TAYLOR, TRUSTEE** _____
**JAMES S. TAYLOR, TRUSTEE**
**MANAGING MEMBER OF CLEAR CREEK AT TAHOE LLC,**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

Name, Address, Telephone No. & I.D. No.
**AMY N. TIRRE, #6523**
**3715 Lakeside Drive, Suite A**
**Reno, NV 89509**
**(775) 828-0909**
**#6523**

## UNITED STATES BANKRUPTCY COURT
District of Nevada

In Re
**CLEAR CREEK RANCH II, LLC**

Debtor(s)

BANKRUPTCY NO. **11-52302**
CHAPTER NO. **11**

DECLARATION RE: ELECTRONIC FILING OF PETITION
SCHEDULES, STATEMENTS AND PLAN (if applicable)

PART I - DECLARATION OF PETITIONER

I [We]   **JAMES S. TAYLOR, TRUSTEE**   and _____, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct.  I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court.  I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed.  I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐   If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13.  I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13.  I request relief in accordance with the chapter specified in this petition.

☑   [If petitioner is a corporation or partnership]  I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.  The debtor requests relief in accordance with the chapter specified in this petition.

Dated:   **August  1, 2011**

Signed:   **/s/ JAMES S. TAYLOR, TRUSTEE**
          **JAMES S. TAYLOR, TRUSTEE/MANAGING**
          **MEMBER OF CLEAR CREEK AT TAHOE LLC,**
          **SOLE MBR DBTR**
          (Applicant)

PART II - DECLARATION OF ATTORNEY

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated:   **August  1, 2011**

Signed:   **/s/ AMY N. TIRRE,**
          **AMY N. TIRRE, #6523**
          Attorney for Debtor(s)

B 203
(12/94)

# United States Bankruptcy Court

_____ District Of Nevada _____

**In re**

## CLEAR CREEK RANCH, II, LLC

Case No.  11-52302

**Debtor**

Chapter  11

AMENDED  **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ Actual Fees

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . (as a retainer) $ 700,000

Balance Due  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

2.  The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)          The Debtor, utilizing funds made available to it by a line of credit extended by The A. and C. Horn Trust.

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)          The Debtor, utilizing funds made available to it by a line of credit extended by The A. and C. Horn Trust.

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e.  [Other provisions as needed]

# None.

* The source of the $700,000 retainer received is a line of credit extended by The A. and C. Horn Trust, in favor of Debtor and Debtor's affiliate  Clear Creek At Tahoe, LLC, which is the Debtor in Case No. 11-52303.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

# None.

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

08/01/2011                                           /s/ Vincent M. Coscino
_____                   _____
          *Date*                                                *Signature of Attorney*

Allen Matkins Leck Gamble Mallory & Natsis LLP
_____
                                              *Name of law firm*

B 203
(12/94)

# United States Bankruptcy Court

_____ District Of Nevada _____

**In re**

## CLEAR CREEK RANCH, II, LLC

Case No. 11-52302 _____

**Debtor**

Chapter 11 _____

## AMENDED  DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept  . . : . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ Actual Fees

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . (as a retainer) . . . $ 50,000

   Balance Due  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

2. The source of the compensation paid to me was:

   ■ Debtor          ☐ Other (specify)        The Debtor, utilizing funds made available to it by a line of credit extended by The A. and C. Horn Trust.

3. The source of compensation to be paid to me is:

   ■ Debtor          ☐ Other (specify)        The Debtor, utilizing funds made available to it by a line of credit extended by The A. and C. Horn Trust.

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e.  [Other provisions as needed]

# None.

* The source of the $50,000 retainer received is a line of credit extended by The A. and C. Horn Trust, in favor of Debtor and Debtor's affiliate  Clear Creek At Tahoe, LLC, which is the Debtor in Case No. 11-52303.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

# None.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

08/01/2011

_____
Date

/s/ Amy N. Tirre

_____
Signature of Attorney

Law Offices of Amy N. Tirre, APC

_____
Name of law firm